ORIGINAL

RECEIVED
MAR 9 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

05-281C

Plaintiff(s) or Petitioner(s)
Unisys Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Terry L. Albertson

Firm Name: Crowell & Moring LLP

Post Office Box:

Street Address: 1001 Pennsylvania Avenue, N.W.

City-State-Zip: Washington, DC 20004-2595

Telephone & Facsimile Numbers: (202) 624-2635 (202) 628-5116

E-mail address: talbertson@crowell.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Alleged non-compliance with Cost Accounting Standard 413.

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ Government claim for $8,488,809 plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003