ECF

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 9 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNISYS CORPORATION<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | ) | Civil Action No. 05- 281C |

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with the requirements of RCFC 7.1, Unisys Corporation ("Unisys") reports that no parent corporation or publicly held corporation owns 10 percent or more of Unisys' stock.

Respectfully submitted,

Terry L. Albertson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2635
Fax (202) 628-5116

Attorney of Record for Unisys Corporation

OF COUNSEL:
Amy E. Laderberg
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2563
Fax (202) 628-5116

Dated: March 9, 2005