# In the United States Court of Federal Claims

**No. 05-281C**

**UNISYS CORPORATION**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**ADR Judge Christine O.C. Miller**

As provided for in the provision of the Court's ADR Pilot Program this case has been assigned to the above Judge for the conduct of proceddings in accordance with the Notice of ADR Pilot Program.

The parties are directed to review the Second Amended General Order No. 40, which establishes the ADR pilot procedures, at www.uscfc.uscourts.gov.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**