ORIGINAL

# In the United States Court of Federal Claims

No. 05-281 C

(Filed March 15, 2005)

FILED
MAR 15 2005
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNISYS CORPORATION, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

## ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Nancy B. Firestone.

LYNN J. BUSH
Judge

6