**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNISYS CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-281C**<br>**(Judge Firestone)** |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of C. Coleman Bird as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

Dated: April 4, 2005

Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

**CERTIFICATE OF FILING**

I hereby certify that on the 4th day of April, 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird