ORIGINAL

# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: April 22, 2005)**

FILED
APR 22 2005
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

On April 4, 2005 (*Nunc Pro Tunc*, March 9, 2005), this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by **Friday, May 6, 2005**, or the court will issue a show cause order why the case should not be dismissed for lack of prosecution.

The Clerk of the Court is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller