**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNISYS CORPORATION,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | **No. 05-281C** <br> **(Judge Firestone)** |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 45 days (to and including June 23, 2005) within which to respond to plaintiff's Complaint, filed March 9, 2005. Absent the requested enlargement, defendant would be required to respond to the Complaint on or before May 9, 2005. RCFC 12(a). This is defendant's first request for an enlargement of time for this purpose. On May 4, 2005, undersigned counsel for defendant left a voice mail message for Terry L. Albertson, Esq., counsel for plaintiff, stating that defendant intended to file this motion. Mr. Albertson left a voice mail message in response stating that plaintiff would not oppose defendant's motion.

The grounds for the motion are that the agency has not yet been able to complete its required litigation report regarding this matter. The agency's report is expected no later than June 8, 2005. The requested enlargement is needed in order to allow an adequate opportunity for defendant to review the agency's litigation report, consider the allegations in plaintiff's Complaint, and prepare an appropriate response. Plaintiff's Complaint raises a number of

complicated legal and factual issues regarding the proper interpretation and application of Cost Accounting Standard 413 to the transaction at issue in this case.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: May 5, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of May, 2005, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird