**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 14 days (to and including July 7, 2005) within which to respond to plaintiff's Complaint, filed March 9, 2005. Absent the requested enlargement, defendant would be required to respond to the Complaint on or before June 23, 2005. *See* Clerk's Notice dated May 9, 2005. This is defendant's second request for an enlargement of time for this purpose, defendant's first request (for a 45-day enlargement) having been granted by the Clerk of Court under RCFC 77.2(a). *Id.* On June 22, 2005, undersigned counsel for defendant discussed the motion with Terry L. Albertson, Esq., counsel for plaintiff, who stated that plaintiff would not oppose defendant's motion.

The requested enlargement is needed in order to allow an adequate opportunity for defendant to review the agency's litigation report that was received last week, consider the allegations in plaintiff's Complaint, and prepare an appropriate response. Plaintiff's Complaint

raises a number of complicated legal and factual issues regarding the proper interpretation and application of Cost Accounting Standard 413 to the transaction at issue in this case.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: June 22, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of June, 2005, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird