# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: June 24, 2005)**

*** * * * * * * * * * * * * * * * ***

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed June 22, 2005, for a 14-day enlargement of time within which to respond to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Tuesday, July 7, 2005**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller