**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, Unisys Corporation, and defendant, the United States, respectfully request an enlargement of time of 21 days (to and including October 10, 2005) within which they may submit their Joint Preliminary Status Report. Absent the requested enlargement, the parties' Joint Preliminary Status Report would be due on or before September 19, 2005. RCFC Appendix A, ¶ 4. This is the parties' first request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to discuss and explore further plaintiff's suggestion that the issues in this case may be amenable to resolution upon motion for summary judgment, in whole or in substantial part. If the Court is disposed to grant this requested enlargement, the parties anticipate that they would be able to advise the Court, by joint status report to be filed no later than October 10, 2005, regarding whether they have agreed upon a proposal for the course of further proceedings in this case that they can jointly recommend for the Court's consideration. If the parties are unable to

reach agreement on such a proposal, the parties would plan to file their required Joint Preliminary Status Report by the same date (October 10, 2005).

For the foregoing reasons, the parties respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

s/ Terry L. Albertson
TERRY L. ALBERTSON
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2635
Facsimile: 202.628.5116

Attorney for Plaintiff Unisys Corporation

Dated: September 19, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of September, 2005, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird