# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: September 26, 2005)**

*** * * * * * * * * * * * * * * * ***

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

## ORDER ON MOTION

The parties' joint motion, filed September 19, 2005, for a 21-day enlargement of time within which to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Tuesday, October 11, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller