**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, Unisys Corporation, and defendant, the United States, jointly and respectfully request an enlargement of time of 14 days (to and including October 25, 2005) within which they may submit their Joint Preliminary Status Report. Absent the requested enlargement, the parties' Joint Preliminary Status Report would be due on or before October 11, 2005. *See* Order dated September 26, 2005. This is the parties' second request for an enlargement of time for this purpose, the Court having granted the first request (for 21 days) in its September 26 Order.

The requested enlargement is needed in order to allow the parties an additional opportunity to discuss and explore further plaintiff's suggestion that the issues in this case may be amenable to resolution upon motion for summary judgment, in whole or in substantial part. Plaintiff has prepared a draft of a joint motion that would propose such a procedure for the Court's consideration. The parties are discussing, and attempting to agree upon, the language for the proposed joint motion that would identify issues that appear appropriate for resolution by summary judgment and propose a procedure for their resolution that the parties could jointly

recommend for the Court's consideration. The additional time the parties have requested is needed in order for the parties to negotiate an agreement.

For the foregoing reasons, the parties respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

s/ Terry L. Albertson
TERRY L. ALBERTSON
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2635
Facsimile: 202.628.5116

Attorney for Plaintiff Unisys Corporation

Dated: October 11, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 11th day of October, 2005, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird