# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: October 12, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| | * |
| **UNISYS CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER ON MOTION

The parties' joint motion, filed October 11, 2005, for a 14-day enlargement of time within which to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Tuesday, October 25, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller