**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR DEFERRAL**
**OF JOINT PRELIMINARY STATUS REPORT**

Pursuant to RCFC Appendix A, ¶ 6, plaintiff, Unisys Corporation, and defendant, the United States, jointly and respectfully request that the Joint Preliminary Status Report be deferred pending the Court's determination of cross-motions for partial summary judgment on the legal issues described below. The parties propose below a briefing schedule for the Court's consideration.

As the parties have previously advised the Court, the parties have been discussing the possibility that the issues in this case may be amenable to resolution upon motion for summary judgment, in whole or in substantial part. *See* Joint Motion for Enlargement of Time, dated October 11, 2005, at 1-2. The parties believe that certain legal issues appear appropriate for resolution as a matter of law by motion for partial summary judgment, and that the Court's early resolution of these legal issues would materially advance the ultimate termination of this litigation. These issues are the following:

1. If Unisys transferred to the buyer an amount of the closed segment's total pension surplus as of the date of the segment closing that was

greater than the Government's share under CAS 413.50(c)(12) of the closed segment's total pension surplus, did Unisys by making that transfer satisfy its obligation to make a segment-closing adjustment under CAS 413.50(c)(12)?

2. If the answer to the first issue is in the negative, is the Government entitled to recover its full share under CAS 413.50(c)(12) of the pension surplus that Unisys retained, or is the amount of the Government's recovery relating to the retained surplus required to be reduced or eliminated to the extent that the transfer of the remaining surplus to the buyer resulted in the buyer's charging lower amounts of pension cost to the Government in later years than it otherwise would have?

The parties propose the following briefing schedule for the Court's consideration for the filing of cross-motions pursuant to RCFC 56 and 7.1(e) on these legal issues:

| | |
|---|---|
| Plaintiff's motion for partial summary judgment | 60 days from the Court's entry of a scheduling order |
| Defendant's cross-motion for partial summary judgment and opposition to plaintiff's motion | 60 days for the date of service of plaintiff's motion |
| Plaintiff's opposition to defendant's cross-motion and plaintiff's reply in support of its motion | 30 days from the date of service of defendant's cross-motion |
| Defendant's reply in support of its cross-motion | 30 days from the date of service of plaintiff's opposition and reply |

For the foregoing reasons, the parties jointly and respectfully request that the Court defer the Joint Preliminary Status Report pending the Court's determination of the parties' cross-

motions for partial summary judgment to be filed in accordance with the schedule requested above.

Respectfully submitted,

s/ Terry L. Albertson
TERRY L. ALBERTSON
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: 202.624.2635
Facsimile: 202.628.5116

Attorney for Plaintiff Unisys Corporation

Dated: October 25, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of October, 2005, a copy of the foregoing Joint Motion for Deferral of Joint Preliminary Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird