# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: October 26, 2005)**

* * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed October 25, 2005, for deferral of Joint Preliminary Status Report pending the Court's determination of cross-motions for partial summary judgment is **GRANTED**. Accordingly, the briefing schedule is as follows:

| | |
|---|---|
| **January 13, 2006** | Plaintiff's motion for partial summary judgment |
| **March 14, 2006** | Defendant's cross-motion for partial summary judgment and opposition to plaintiff's motion |
| **April 13, 2006** | Plaintiff's opposition to defendant's cross-motion and plaintiff's reply in support of its cross-motion |
| **May 15, 2006** | Defendant's reply in support of its cross-motion |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

A deadline for the parties' joint preliminary status report shall be set once the court

issues a decision on the parties' cross-motions.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller