# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: January 12, 2006)**

* * * * * * * * * * * * * * * * * *
*
*
**UNISYS CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

The court is in receipt of the parties' joint motion, filed January 10, 2006, requesting that briefing for partial summary judgment be deferred in order to coordinate the briefing in this case with briefing in General Electric Co. v. United States, Fed. Cl. No. 99-172C, once a schedule is established. The parties' request is **GRANTED**. Accordingly, the briefing schedule in the above-referenced case is **STAYED.**

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller