# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: August 31, 2006)**

* * * * * * * * * * * * * * * * *
*
*
**UNISYS CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

On January 12, 2006 the court issued an order staying briefing for partial summary judgment in order to coordinate briefing in the above-captioned case with the briefing in General Electric Co. v. United States, Fed. Cl. No. 99-172C. On this date the court issued an order in General Electric v. U.S. establishing the briefing schedule.

Accordingly, **IT IS SO ORDERED**:

(1) The **STAY** in the above-captioned case is **LIFTED** for the purposes of briefing the "surplus transfer issue."

(2) The briefing schedule on the surplus transfer issue (how to treat the surplus transferred from the plaintiff's pension plan to the buyer's pension plan), consistent with the briefing schedule in General Electric v. U.S., is as follows:

| | |
|---|---|
| **October 27, 2006** | Plaintiff's opening brief |
| **December 15, 2006** | Defendant's opposition and cross-motion |
| **January 19, 2007** | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| **February 16, 2007** | Defendant's reply |

(3) The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein,
Counsel for Plaintiff in General Electric v. U.S., (99-172C)