**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of 21 days (to and including January 5, 2007) of the time within which defendant may file its cross-motion and opposition to plaintiff Unisys Corporation's motion for summary judgment on the surplus transfer issue (plaintiff's Proposed Findings of Uncontroverted Fact and Memorandum of Points and Authorities in Support of Unisys' Motion for Summary Judgment ("Plaintiff's Motion"), dated October 27, 2006).[1] Absent the requested relief, defendant would be required to file its cross-motion and opposition on or before December 15, 2006. *See* Order dated August 31, 2006. This is defendant's first motion for an enlargement of time for this purpose.

On December 8, 2006, undersigned counsel for defendant discussed this motion with Terry L. Albertson, Esq., counsel for plaintiff, who stated that plaintiff would not oppose the

---

[1] As the Court is aware, the briefing schedule on this issue has been coordinated with the briefing schedule on the same issue in *General Electric Co. v. United States*, No. 99-172C. Defendant is also filing an unopposed motion in *GE* requesting that the Court adopt the same revised briefing schedule in that case that defendant is requesting in this case.

motion, provided that plaintiff's response time were to be enlarged to February 9, 2007 (and that plaintiff would have no objection if the time within which defendant could file its reply were to be extended to March 9, 2007). Defendant has no objection to the Court's extending plaintiff's deadline as well, so that the revised briefing schedule would be:

| | |
|---|---|
| January 5, 2007 | Defendant's opposition and cross-motion |
| February 9, 2007 | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| March 9, 2007 | Defendant's reply |

The grounds for the motion are that it will not be possible for defendant to complete the preparation of its response by the current due date (December 15, 2006). Plaintiff's moving papers are lengthy and detailed. Since October 27, 2006, when plaintiff filed its motion, undersigned counsel for defendant has been required, in addition to other matters, to (i) file a lengthy motion for partial summary judgment in *General Motors Corp. v. United States*, No. 00-40C, on November 17, 2006; and (ii) defend a deposition of a Government employee on November 9, 2006, in Washington, D.C., prepare an expedited response to plaintiff's motion to compel discovery on November 21, 2006, and present argument in opposition to plaintiff's motion at a telephone status conference with the Court on November 22, 2006, travel to Boston, Massachusetts to prepare two additional witnesses for deposition, and defend these depositions on December 3-6, 2006, supervise the search for additional documents, prepare responses to plaintiff's additional discovery requests (requests for admission and interrogatories) that are due on December 12, 2006, and draft discovery requests for a December 14, 2006 Rule 30(b)(6) deposition of plaintiff, in order to meet the fact discovery deadline of December 15, 2006, set by the Court with no further extensions, all in the case of *Raytheon Corp. v. United States*, No. 05-

448C. The brief extension requested will allow defendant a reasonable opportunity to consider Plaintiff's Motion and prepare its cross-motion and related papers, papers that we believe will be of assistance to the Court in resolving the surplus transfer issue.

For the foregoing reasons, defendant respectfully requests that the Court enter an order revising the briefing schedule as follows:

| | |
|---|---|
| January 5, 2007 | Defendant's opposition and cross-motion |
| February 9, 2007 | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| March 9, 2007 | Defendant's reply |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: December 12, 2006

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 12th day of December, 2006, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird