**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of one week (to and including January 12, 2007) of the time within which defendant may file its cross-motion and opposition to plaintiff Unisys Corporation's motion for summary judgment on the surplus transfer issue (plaintiff's Proposed Findings of Uncontroverted Fact and Memorandum of Points and Authorities in Support of Unisys' Motion for Summary Judgment ("Plaintiff's Motion"), dated October 27, 2006).[1] Absent the requested relief, defendant would be required to file its cross-motion and opposition on or before January 5, 2007. *See* Order dated December 18, 2006. This is defendant's second request for an enlargement of time for this purpose, the Court having granted defendant's first request (for a 21-day enlargement) in its December 18 order.

On January 3, 2007, undersigned counsel for defendant left a voice mail message for

[1] As the Court is aware, the briefing schedule on this issue has been coordinated with the briefing schedule on the same issue in *General Electric Co. v. United States*, No. 99-172C. Defendant is also filing an unopposed motion in *GE* requesting that the Court adopt the same revised briefing schedule in that case that defendant is requesting in this case.

Terry L. Albertson, Esq., counsel for plaintiff, stating that defendant intended to request a one-week enlargement (with comparable one-week enlargements of the remaining briefing deadlines). Plaintiff's counsel responded by electronic mail message that stated that plaintiff would have no objection to defendant's request. The revised briefing schedule would be:

| | |
|---|---|
| January 12, 2007 | Defendant's opposition and cross-motion |
| February 16, 2007 | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| March 16, 2007 | Defendant's reply |

The grounds for the motion are that it will not be possible for defendant to complete the preparation of its responsive papers by the current due date (January 5, 2007). Plaintiff's moving papers are lengthy and detailed. The one-week enlargement requested is required in order to allow defendant the opportunity to complete the preparation of its responsive papers, papers that we believe will be of assistance to the Court in resolving the surplus transfer issue.

For the foregoing reasons, defendant respectfully requests that the Court enter an order revising the briefing schedule as follows:

| | |
|---|---|
| January 12, 2007 | Defendant's opposition and cross-motion |
| February 16, 2007 | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| March 16, 2007 | Defendant's reply |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: January 3, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 3rd day of January, 2007, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird