# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: January 5, 2007)**

* * * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed January 3, 2007, for an enlargement of the briefing schedule on the parties' cross-motions for partial summary judgment on the surplus transfer issue is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **January 12, 2007** | Defendant's opposition and cross-motion |
| **February 16, 2007** | Plaintiff's reply in support of its brief and response to defendant's cross-motion |
| **March 16, 2007** | Defendant's reply |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein,
Counsel for Plaintiff in General Electric v. U.S., (99-172C)