**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNISYS CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Civil Action No. 05-281C<br>(Judge Firestone) |

**PLAINTIFF UNISYS CORPORATION'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the Court of Federal Claims, plaintiff Unisys Corporation ("Unisys") respectfully requests an enlargement of 11 days (to and including February 27, 2007) of the time within which plaintiff may file its reply in support of its brief and response to the Government's cross-motion for partial summary judgment on the surplus transfer issue, dated January 12, 2007.[1] Absent the requested relief, Unisys would be required to file its reply brief and response on or before February 16, 2007. *See* Order dated January 8, 2007. This is plaintiff's first request for an enlargement of time since the current round of summary judgment briefing began in October 2006.

[1] As this Court is aware, the briefing schedule on the surplus transfer issue has been coordinated with the briefing schedule on the same issue in *General Electric Company v. United States*, No. 99-172C. General Electric Company ("GE") has also filed an unopposed motion in its case requesting that the Court adopt in its case the same revised surplus transfer briefing schedule that Unisys is requesting in this case.

Unisys is filing this Motion at the request of the Government and GE in order to maintain a consistent briefing schedule in both cases on this issue. As GE has explained in its motion, it will not be possible for lead counsel for GE to complete GE's responsive papers on the surplus transfer issue by the current due date of February 16, 2007. GE Motion dated January 23, 2007.

Counsel for the Government and counsel for GE have agreed to this request for an 11-day enlargement, which would make the Government's final reply brief due on March 27, 2007. Accordingly, Unisys respectfully requests that the Court enter an order revising the briefing schedule on the surplus transfer issue as follows:

| | |
|---|---|
| February 27, 2007 | Plaintiffs Unisys' and GE's replies in support of their briefs and responses to defendant's cross motion |
| March 27, 2007 | Defendant's reply |

Respectfully submitted,

s/Terry L. Albertson

Terry L. Albertson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2635
Fax (202) 628-5116

Attorney of Record for Unisys Corporation

OF COUNSEL:
Amy Laderberg O'Sullivan
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2563
Fax (202) 628-5116

Anne H. Warner
Assistant General Counsel
Unisys Corporation
11720 Plaza America Drive
Reston, VA 20190
Tel. (703) 556-5747
Fax: (703) 556-5870

Dated: January 23, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 23rd day of January, 2007, a copy of the foregoing "Plaintiff Unisys Corporation's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terry L. Albertson