# EXHIBIT 9

Unisys Corporation
8008 Westpark Drive
McLean VA 22102-3106

Telephone
703 556 5000

UNISYS

October 4, 2000

Ms. Denise D. Chezek
Defense Contract Management Command
Defense Corporate Executive Office
C/O L-3 Communications Corporation
600 Third Avenue
New York, NY 10016-2065

Dear Ms. Chezek:

As a follow-up to one of the action items generated from our August 3rd meeting, we are enclosing two attachments. The first attachment is a revision to the schedule previously provided to you for calculating the1994 percentage of flexibly priced contracts. The schedule has been revised to ensure that all FSD and Canadian Operations costs are excluded from the calculation. (Please note that the Canadian Operations were not participants in the Unisys U.S. Pension Plan).

The second attachment provides the percentage of flexibly priced contracts for a four-year period, 1991 through 1994. Consistent with the first attachment, this schedule only includes those business units sold to Loral. Please note that by refining this schedule to exclude FSD and Canadian Operations from the calculation, the flexibly priced percentage for the four-year period is 37.7%.

If you should have any questions regarding this information, please contact me at (703) 556-5302.

Sincerely,

Ralph Johnson
Director, Government Liaison

Attachments

**Unisys Government S[illegible]ms Group (Transferred to Loral)**
**1994 Revenue Mix B[illegible]tract Type and Customer**
**(Excludes [illegible]adian Operations)**

Attachment 1

| Profit Center | Fixed Price % | FP Incentive % | Cost Plus % | Non US Gov't % | Fixed Price ($000) | FP Incentive ($000) | Cost Plus ($000) | Non US Gov't ($000) | Total ($000) |
|---|---|---|---|---|---|---|---|---|---|
| **SYSTEMS DEVELOPMENT** | | | | | | | | | |
| Great Neck/Reston | 39.4% | 27.7% | 22.0% | 10.9% | $228,717 | $160,589 | $127,606 | $63,394 | $580,306 |
| Huntsville | 67.0% | 0.0% | 22.7% | 10.3% | $12,967 | $0 | $4,396 | $1,988 | $19,351 |
| RAMAC | 30.4% | 0.0% | 69.6% | 0.0% | $642 | $0 | $1,472 | $0 | $2,114 |
| TOTAL | 40.3% | 26.7% | 22.2% | 10.9% | $242,326 | $160,589 | $133,474 | $65,382 | $601,771 |
| **SYSTEMS SERVICES (1st 6 months)** | | | | | | | | | |
| Software & Technical Services (1st 6 months) - Loral | 44.0% | 0.0% | 28.3% | 27.7% | $18,316 | $0 | $11,806 | $11,548 | $41,670 |
| TOTAL | 44.0% | 0.0% | 28.3% | 27.7% | $18,316 | $0 | $11,806 | $11,548 | $41,670 |
| **FEDERAL SYSTEMS -S&TS** | | | | | | | | | |
| Services (2nd 6 months) - Loral S&TS | 54.1% | 0.0% | 34.2% | 11.7% | $25,370 | $0 | $16,038 | $5,487 | $46,895 |
| TOTAL | 54.1% | 0.0% | 34.2% | 11.7% | $25,370 | $0 | $16,038 | $5,487 | $46,895 |
| **ELECTRONIC SYSTEMS** | | | | | | | | | |
| Electronic Systems | 73.1% | 8.5% | 11.7% | 6.7% | $361,999 | $42,170 | $57,825 | $33,430 | $495,424 |
| GS Systems - Bonn | 0.0% | 0.0% | 0.0% | 100.0% | $0 | $0 | $0 | $4,800 | $4,800 |
| TOTAL | 72.4% | 8.4% | 11.6% | 7.6% | $361,999 | $42,170 | $57,825 | $38,230 | $500,224 |
| COMMUNICATION SYSTEMS | 19.2% | 0.0% | 80.2% | 0.6% | $30,905 | $0 | $128,780 | $912 | $160,597 |
| TOTAL GOVERNMENT SYSTEMS | 50.3% | 15.0% | 25.8% | 9.0% | $678,916 | $202,759 | $347,923 | $121,559 | $1,351,157 |

Attachment 2

**Unisys Government Systems Group**
**Revenue by Contract Type**
**(Excludes Federal Systems and Canadian Operations)**

| | Fixed Price | FP Incentive | Cost Plus | Non US Gov't | Total |
|---|---|---|---|---|---|
| 1991 Revenue | 1,178,299 | 151,757 | 482,546 | 96,607 | 1,909,209 |
| 1992 Revenue | 1,084,294 | 186,559 | 510,981 | 120,012 | 1,901,846 |
| 1993 Revenue | 946,109 | 223,379 | 526,380 | 122,571 | 1,818,439 |
| 1994 Revenue | 678,916 | 202,759 | 347,923 | 121,559 | 1,351,157 |
| Total 4 year period | 3,887,618 | 764,454 | 1,867,830 | 460,749 | 6,980,651 |
| | | | | | |
| Total flexibly priced | | | 2,632,284 | | |
| Percentage flexibly priced | | | 37.7% | | |