**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time within which to file its reply in support of Defendant's Cross-Motion for Partial Summary Judgment on the surplus transfer issue to the date that the Court establishes for the filing of defendant's reply in support of Defendant's Cross-Motion for Partial Summary Judgment on the surplus transfer issue in *General Electric Co. v. United States*, No. 99-172C, after hearing argument scheduled for April 16, 2007 upon Defendant's Motion to Strike the Declarations of William T. Keevan, CPA and John B. McQuade, F.S.A., F.C.A., M.A.A.A.,E.A., or in the Alternative, for Appropriate Relief, and Defendant's Request for Expedited Consideration ("Defendant's Motion to Strike"), dated March 15, 2007. Absent the requested relief, defendant would be required to file its reply on or before March 27, 2007. *See* Order dated January 29, 2007. This is defendant's first request for an enlargement of time for this purpose. On March 16, 2007, undersigned counsel for defendant discussed this motion with Terry L. Albertson, Esq., counsel for plaintiff, who stated that plaintiff would not oppose this motion.

The grounds for the motion are that parties to this action and the Court have recognized the benefits of coordinating the briefing schedule on the surplus transfer issue in this case with the briefing schedule on the same surplus transfer issue in the *General Electric* case. The Court previously established the same briefing schedule upon this issue in both cases, under which GE and Unisys would submit their response to defendant's cross-motion and reply in support of their motion for summary judgment on February 27, 2007, and defendant would submit its reply in both cases on March 27, 2007. By Order dated March 21, 2007 in *General Electric*, the Court granted defendant's request for an enlargement of time within which to submit its reply in that case, in order to allow the Court the opportunity to consider Defendant's Motion to Strike. In its March 21 Order, the Court scheduled oral argument on April 16, 2007 upon Defendant's Motion to Strike, and stated that "[t]he revised deadline for the government's reply brief in support of its cross-motion for summary judgment on the surplus transfer issue, which had been due by March 27, 2007, will be determined following the oral argument." *See* Order in No. 99-172C dated March 21, 2007 (copy attached as Attachment "A").

In order to continue to provide that, as the Court previously directed, defendant's reply in each case would be due upon the same date, defendant respectfully requests that the Court enter an order enlarging the time within which defendant may file its reply in support of its cross-motion for partial summary judgment upon the surplus transfer issue in this case to the date that the Court establishes for the filing of defendant's reply upon that issue in *General Electric*.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

OF COUNSEL:

STEPHEN R. DOOLEY
Supervisory Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: March 27, 2007

# ATTACHMENT "A"

# In the United States Court of Federal Claims

No. 99-172C
(Filed: March 21, 2007)

* * * * * * * * * * * * * * * * * *

GENERAL ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

FILED
MAR 21 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

Oral argument on the government's motion to strike the declarations of William T. Keevan and John B. McQuade shall be heard on **Monday, April 16, 2007 at 10:30 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W. Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby of the day of the proceeding.

The revised deadline for the government's reply brief in support of its cross-motion for summary judgment on the surplus transfer issue, which had been due by March 27, 2007, will be determined following the oral argument.

**IT IS SO ORDERED.**

EMILY C. HEWITT
Judge
for, NANCY B. FIRESTONE
Judge

cc: Terry L. Albertson,
Counsel for Plaintiff in Unisys Corporation v. U.S., (05-281C)

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of March, 2007, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird