# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: March 29, 2007)**

* * * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of defendant's unopposed motion, filed March 27, 2007, for an enlargement of time within which to file its reply brief on the surplus transfer issue. Defendant requests the enlargement of time in order to coordinate the briefing in the above-captioned case with the briefing schedule in the General Electric case. The defendant's motion is **GRANTED**. Accordingly, the court will issue an order setting the briefing schedule in the above-captioned case once a revised briefing schedule is established in General Electric.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein,
Counsel for Plaintiff in General Electric v. U.S., (99-172C)