# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: April 17, 2007)**

* * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

As provided for in the April 17, 2007 order filed in the General Electric case (Case No. 99-172C), the briefing schedule on the surplus transfer in the General Electric case has been extended. Accordingly, the briefing schedule in the above-captioned case is amended as follows to coordinate the briefing in the above-captioned case with that in the General Electric case: the government's reply brief in support of its cross-motion for summary judgment on the surplus transfer issue is due by **Monday, August 6, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein,
Counsel for Plaintiff in General Electric v. U.S., (99-172C)