# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: July 19, 2007)**

* * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed July 17, 2007, for a nine day enlargement of time within which to file its reply brief in support of its cross-motion for partial summary judgment on the surplus transfer issue is **GRANTED**. Accordingly, defendant shall file its reply by **Wednesday, August 15, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Richard D. Bernstein,
Counsel for Plaintiff in General Electric v. U.S., (99-172C)