IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 05-281C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of two weeks (to and including August 29, 2007) of the time within which defendant may file its reply in support of Defendant's Cross-Motion for Partial Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, dated January 12, 2007.[1] Absent the requested enlargement, defendant would be required to file its reply on or before August 15, 2007. *See* Order dated July 19, 2007. This is defendant's second request for an enlargement of time for this purpose, the Court having granted defendant's first request in the July 19 Order. On August 13, 2007, undersigned counsel for defendant left a voice mail message for Terry L. Albertson, Esq., counsel for plaintiff Unisys Corporation ("Unisys"), describing this motion, who responded that plaintiff would not oppose the motion.

[1] As the Court is aware, the briefing schedule on this issue has been coordinated with the briefing schedule on the same issue in *General Electric Co. v. United States*, No. 99-172C. Defendant is also filing an unopposed motion in *General Electric* requesting that the Court grant the same enlargement of time for filing defendant's reply that defendant is requesting in this case.

The grounds for the motion are that parties to this action and the Court have recognized the benefits of coordinating the briefing schedule on the surplus transfer issue in this case with the briefing schedule on the same surplus transfer issue in the *General Electric* case. The Court previously established the same briefing schedule upon this issue in both cases, under which GE and Unisys would submit their response to defendant's cross-motion and reply in support of their motion for summary judgment on the same day (February 27, 2007), and defendant would submit its reply in both cases on the same day (March 27, 2007), which was later extended to August 15, 2007 by Orders dated April 17, 2007 and July 19, 2007. Defendant is requesting in *General Electric* the same two week enlargement of time that it is requesting in this case. In order to continue to provide that, as the Court previously directed, defendant's reply in each case would be due upon the same date, defendant respectfully requests that the Court enter an order enlarging the time within which defendant may file its reply in support of its cross-motion for partial summary judgment upon the surplus transfer issue in this case to August 29, 2007, the date that defendant has requested in the *General Electric* case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

STEPHEN R. DOOLEY
Senior Trial Attorney (Supervisory)
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: August 14, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of August, 2007, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird