# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: August 17, 2007)**

* * * * * * * * * * * * * * * * *

**UNISYS CORPORATION,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

The court is in receipt of the motion, filed by DIRECTV Group, Inc on August 15, 2007, for leave to file an *Amicus Curiae* brief addressing the 'surplus transfer' issues presented in the motion for summary judgment filed by Unisys Corporation. DIRECTV's motion is **GRANTED**. Accordingly, the DIRECTV shall file its *amicus* brief by **Friday, September 17, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge