**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNISYS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-281C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**AMICUS DIRECTV GROUP, INC.'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, *amicus* DIRECTV Group, Inc. respectfully requests an enlargement of four days (to and including September 21, 2007) of the time within which DIRECTV may file its *amicus* brief reply in connection with the parties' cross-motions for summary judgment on the "surplus transfer" issue in the above-entitled proceedings. Absent the requested enlargement, DIRECTV would be required to file its reply on or before September 17, 2007. *See* Order dated August 17, 2007. This is DIRECTV's first request for an enlargement of time for this purpose. DIRECTV seeks this brief four-day enlargement of time for the filing of its *amicus* brief due to a family medical emergency of its counsel, which has delayed the completion of DIRECTV's *amicus* brief. Therefore, good cause exists for this request. On September 13, 2007, counsel for DIRECTV left a voice mail message for Coleman Bird, Esq., counsel for defendant United States, describing this motion, who responded that defendant would

not oppose the motion. Counsel for Unisys Corporation and General Electric Company have likewise advised that they do not oppose this Motion.

Respectfully submitted,

/s/ Alexander F. Wiles
Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Attorney of Record for
THE DIRECTV GROUP, INC.

OF COUNSEL:
Alan C. Brown
Enterprise Business Law Group LLC
8405 Greensboro Drive, Suite 210
McLean, Virginia 22102
(703) 584-3250
(703) 848-8333 (fax)

Dated: September 13, 2007