# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: September 17, 2007)**

* * * * * * * * * * * * * * * * *
*
*
**UNISYS CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The court is in receipt of the motion, filed by *amicus* DIRECTV Group, Inc. on September 13, 2007, for an enlargement of four days within which to file its *Amicus Curiae* brief addressing the 'surplus transfer' issues presented in the motion for summary judgment filed by Unisys Corporation. DIRECTV's motion is **GRANTED**. Accordingly, DIRECTV shall file its *amicus* brief by **Friday, September 21, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge