# Hughes Electronics Corporation

## Government Pension Cost Savings due to Surplus Asset Transfer from Hughes to Raytheon

March 30, 2004

CONTAINS CONFIDENTIAL TRADE SECRETS AND COMMERCIAL OR FINANCIAL INFORMATION OF HUGHES ELECTRONICS CORPORATION SUBJECT TO 5 U.S.C. § 552(b)(4) AND 18 U.S.C. § 1905

Pine Cliff Consulting Inc.
945 Concord Street
Framingham, MA 01701

Phone: 508 620-4778
Fax: 508 879-0698
www.pinecliffconsulting.com

PINE CLIFF CONSULTING INC.
Specialized Actuarial Services

945 Concord Street • Framingham, MA 01701 • T 508.620.4778 • F 508.879.0698 • www.pinecliffconsulting.com

March 30, 2004

Alexander F. Wiles, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

***Re: Government Pension Cost Savings due to Surplus Transfer***

Dear Alex:

Our report dated November 21, 2003 (Defense Report)[1] describes the segment closing analysis required by Cost Accounting Standard (CAS) 413.50(c)(12) due to the transfer of certain businesses from Hughes to Raytheon on December 17, 1997. As explained on page 6-11 of the Defense Report, <u>if</u> Hughes had retained all surplus pension assets, the Government would have been entitled to an adjustment of $157,970,493. Under this hypothetical scenario, Raytheon would have immediately begun incurring pension costs for the employees of the acquired businesses and would have allocated those pension costs to its Government contracts. Those pension costs would have been reflected immediately after the transaction in higher costs on flexibly priced contracts, and would have increased the prices of any new or modified fixed price contracts.

In practice, however, Hughes did not retain all surplus pension assets but rather, as shown on page 6-14 of the Defense Report, transferred surplus pension assets of $2,461,386,754 to Raytheon. These surplus assets – <u>which are more than 15 times the amount of the Government's entitlement</u> – have enabled the former Hughes business units to remain in a fully funded state at Raytheon; as a result, Raytheon has not incurred CAS 412 pension costs and hence has allocated no pension costs to the Government contracts of the former Hughes' units. This has resulted in the Government avoiding substantial pension costs at these units

1 This letter is intended to be reviewed in conjunction with the Defense Report.

under (1) all flexibly priced contracts and (2) fixed price contracts and contract modifications entered into after the date of the transaction.

As you requested, this letter estimates the extent of the pension costs that have been avoided by the United States Government as a direct result of the surplus pension assets that were transferred from Hughes to Raytheon. The point of our analysis is this: as described above, Hughes' transfer of surplus pension assets to Raytheon created substantial cost savings for the Government. Because the calculations described below demonstrate that (1) the amount of the Government's actual savings in pension costs exceeds (2) the Government's entitlement of $157,970,493, the Government is in a better position than it would have been in if, under the hypothetical scenario described above, Hughes had retained all pension surplus and, consistent with the law,[2] made a direct payment of $157,970,493 to the Government. Stated differently, because the transfer of surplus assets provided the Government with actual cost savings in excess of its share of the segment closing adjustment, it logically follows that the Government cannot possibly be entitled to an additional adjustment under CAS 413.50(c)(12).

***Calculation Approach***

It is not possible for us to determine precisely the extent to which the Government was able to avoid ongoing pension costs as a result of Hughes' transfer of the $2,461,386,754 in surplus pension assets to Raytheon. Notwithstanding, sufficient information is available to make a reasonable estimate of the amount of these savings. The following points describe key aspects of the approach we used to estimate the amount of Government savings:

1. ***General approach***. In general, our analysis was based upon the actual transaction except that we assumed that the amount of assets transferred from Hughes to Raytheon was reduced by the $2,461,386,754 of surplus pension assets that were actually transferred.

2. ***Raytheon Form 5500 data***. Following the transaction, Raytheon maintained separate pension plans for the former Hughes businesses: those covered by the Hughes Non-Bargaining Retirement Plan became participants in the Raytheon Non-Bargaining Retirement Plan while those who participated in the Hughes Bargaining Retirement Plan joined the Raytheon Bargaining

[2] Teledyne, Inc. v. United States, 50 Fed. Cl. 155 (2001), affirmed sub nom, Allegheny Teledyne Inc. v. United States, 316 F.3d 1366 (Fed. Cir. 2003), cert denied sub nom, General Motors Corporation v. United States, 124 S. Ct. 804 (2003).

Retirement Plan. In general, we used Form 5500 information to estimate CAS pension costs under the assumption that surplus assets were not transferred to Raytheon.

The accompanying exhibits contain excerpts[3] from the available Form 5500s for each of the two Raytheon plans in question. More specifically, relevant Form 5500 data was available for the period from December 18, 1997 to November 30, 2000 for the Non-Bargaining Plan and from December 18, 1997 through November 30, 2001 for the Bargaining Plan.[4]

3. ***Estimates***. We made a number of approximations in estimating Raytheon's CAS pension cost for the periods in question, including the following:

   a. ***Amortizations***. The initial unfunded liability for the each of the plans was amortized over 20 years, consistent with Raytheon's practice as disclosed in the notes to the Form 5500 financial statements. In subsequent years, however, we were unable to separate the impact of gains and losses from one-time events, such as plan or assumption changes. Accordingly, one-time events were combined with actuarial gains and losses; the aggregate amount was amortized over 15 years, consistent with CAS 413.

   b. ***1998 Bargaining Plan actuarial information***. As noted earlier, the Schedule B of the 1998 Form 5500 was not available. In particular, the 1998 normal cost was estimated by averaging the corresponding amounts for 1997 and 1999, the 1998 actuarial accrued liability was estimated by projecting the actual amounts provided for 1997 and the valuation interest rate was assumed to be 8.5% (which matches the assumptions for both 1997 and 1999). Raytheon apparently reset the Non-Bargaining Plan actuarial asset value to a market basis effective December 1, 1998 (see the 1998 Schedule B at Tab T); we presumed that the same change was made for the Bargaining Plan.

---

3 The spreadsheets and exhibits enclosed with this letter use the same conventions as described in the Defense Report. In addition, because tab N contained the final appendix in the Defense Report, the enclosed appendices begin at tab O.

4 Note, however, that the Bargaining Plan available Form 5500 data for the period December 1, 1998 through November 30, 1999 did not include Schedule B, which contains the actuarial information. Accordingly, estimates were made, as discussed below and as shown on the enclosed spreadsheet.

4. ***Pension cost savings***. Because of the transferred surplus, Raytheon made no contributions to either plan during the period in question. Accordingly, the full amount of CAS pension costs that would have arisen if all surplus assets had been retained by Hughes is equivalent to the amount of Raytheon's savings in pension costs.

5. ***Government mix***. Because Raytheon's business mix is not known, we made a "high" and "low" estimate based on Hughes' historical business mix as shown at Tab D of the Defense Report. Because the Government's savings occurred on new fixed price contracts (including modifications) as well as on cost type contracts, the "Total Government" percentage data was used.[5]

***Results***

The enclosed spreadsheets illustrate our calculations in detail. As shown on page S1 of ***Raytheon Cost Summary***, we estimate that the Government has saved between $363 million (cell M15) and $589 million (cell M18). The bottom end of this range is well in excess of the Government's $158 million share of the surplus as developed in the Defense Report.

We note that the Government is seeking a payment from Hughes of $44 million[6] in addition to the $2,461 million in surplus assets that Hughes transferred to Raytheon. However, because of the vast amount of pension surplus transferred to Raytheon and the resulting Governmental cost savings, it is difficult to understand why the Government believes it has not been adequately compensated for its $158 million share of the segment closing adjustment developed in the Defense Report.

---

5 We did not attempt to eliminate from the cost savings analysis the impact of fixed price contracts that predated the Hughes/Raytheon transaction, and thus were priced based upon Hughes' well-funded pension plans. Accordingly, the actual cost savings in the first year or two of the enclosed analysis are overstated to some extent. However, that effect diminishes rapidly as new contracts and modifications were priced and old contracts were completed. In any event, this overstatement of savings is more than offset by the exclusion of savings in pension costs for periods after November 30, 2000 for the Non-Bargaining Plan and periods after November 30, 2001 for the Bargaining Plan.

6 See Donald P. Springer's letter of December 12, 2003 to Patrick T. Doyle. As stated in that letter, the Government additionally asserts an entitlement to interest on the $44 million.

In reality, the Government's actual cost savings will exceed the $363-$589 million range because this range was developed only with reference to those past years for which Form 5500 data was available.[7] The estimated past cost savings would increase substantially if Form 5500 data was provided to us for all past periods. In addition, the Government will realize additional pension cost savings on a going forward basis.

Please call me if you have any questions.

Sincerely,

John B. McQuade, F.S.A.

Enclosures

cc: T. Warren Jackson
Jon E. Lara
William G. Johnston
Alan C. Brown
James F. Buss

---

7 Plan years December 18, 1997 through November 30, 2000 for the Non-Bargaining Plan; plan years December 18, 1997 through November 30, 2001 for the Bargaining Plan.

# Hughes Electronics Corporation
## *Raytheon Cost Summary*

**Estimated CAS Costs if no Surplus was Transferred from Hughes to Raytheon in Connection with the December 17, 1997 Transaction**

| Plan Year Beginning | Raytheon Non-Bargaining | | Raytheon Bargaining | | Total | | Assumed Actual Costs | | Estimated Reduction in CAS Pension Costs | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/1997 | 161,182,019 | ab | 18,908,954 | ac | 180,090,973 | s | 0 | z | 180,090,973 | u |
| 12/1/1998 | 190,069,036 | ab | 13,708,848 | ac | 203,777,884 | s | 0 | z | 203,777,884 | u |
| 12/1/1999 | 212,310,884 | ab | 21,734,896 | ac | 234,045,780 | s | 0 | z | 234,045,780 | u |
| 12/1/2000 | | z1 | 23,913,908 | ac | 23,913,908 | s | 0 | z | 23,913,908 | u |
| Total | 563,561,939 | t | 78,266,606 | t | 641,828,545 | t | 0 | t | 641,828,545 | t |

***Range of Estimated Governmental Savings***

| | | | |
|---|---|---|---|
| Low estimate | Lowest percent of total Government sales, 1978 to 1997 | 56.5% | D |
| | Times total estimated savings in Raytheon pension costs | 362,633,128 | p |
| High estimate | Highest percent of total Government sales, 1978 to 1997 | 91.8% | D |
| | Times total estimated savings in Raytheon pension costs | 589,198,604 | p |

**Referenced Worksheets**

ab ***Raytheon Non-Bargaining Cost***
ac ***Raytheon Bargaining Cost***

**Referenced Documents**

D DCAA Audit Report No. 4121-2002D19200001, page 27.

**Cell definitions**

p Product of two or more amounts; example M15=M14*M10
s Sum of a row; example I5=E5+G5
t Total of a column; example E10=SUM(E5:E8)
u Difference between two amounts; example M5=I5-K5
z Set equal to 0.
z1 Not estimated due to unavailability of Form 5500 for this year

# Hughes Electronics Corporation
## *Raytheon Non-Bargaining Cost*

| | A B C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | |
| 3 | ***Data from Raytheon Form 5500 and schedules*** | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | Market value, beginning of year | | 0 | S | 5,045,080,927 | T | 5,317,609,581 | U | | |
| 6 | Employer contributions | | 0 | S | 0 | T | 0 | U | | |
| 7 | Employee contributions | | 25,082,884 | S | 24,965,901 | T | 20,983,972 | U | | |
| 8 | Benefit payments and expenses | | (385,779,648) | S | (399,532,649) | T | (424,971,043) | U | | |
| 9 | Net plan transfers | | 5,306,202,614 | S | 713,757 | T | 11,298,227 | U | | |
| 10 | Return | | 99,575,077 | S | 646,381,645 | T | (296,117,176) | U | | |
| 11 | Market value, end of year | | 5,045,080,927 | t | 5,317,609,581 | t | 4,628,803,561 | t | | |
| 12 | | | | | | | | | | |
| 13 | Funding policy amortization period | | 20 | S | | | | | | |
| 14 | | | | | | | | | | |
| 15 | Schedule B Data | | | | | | | | | |
| 16 | Normal cost | | 88,583,901 | S | 107,596,613 | T | 106,455,574 | U | | |
| 17 | Actuarial accrued liability | | 3,203,917,156 | S | 3,669,777,809 | T | 3,732,662,714 | U | | |
| 18 | Actuarial value of assets | | 4,157,018,907 | S | 5,048,285,157 | T | 5,116,023,466 | U | | |
| 19 | Valuation interest rate | | 8.5% | S | 8.5% | T | 8.5% | U | | |
| 20 | | | | | | | | | | |
| 21 | ***Data from Defense Business Segment Closing Analysis dated November 21, 2003*** | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | Assets actually transferred to Raytheon | | 4,922,801,181 | b | | | | | | |
| 24 | Liabilities actually transferred to Raytheon | | (2,874,703,872) | b | | | | | | |
| 25 | Surplus actually transferred to Raytheon | | 2,048,097,309 | t | | | | | | |
| 26 | | | | | | | | | | |

**Hughes Electronics Corporation**
***Raytheon Non-Bargaining Cost***

| | A B C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | |
| 27 | ***Hypothetical Scenario Analysis*** | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | Implied rate of return on market value | | 4.026891% | m1 | 13.305086% | m1 | -5.782110% | m1 | | |
| 30 | | | | | | | | | | |
| 31 | Market value, beginning of year | | 0 | l5 | 2,955,746,290 | n4 | 2,950,287,165 | n4 | | |
| 32 | Employer contributions | | 0 | l6 | 0 | l6 | 0 | l6 | | |
| 33 | Employee contributions | | 25,082,884 | l7 | 24,965,901 | l7 | 20,983,972 | l7 | | |
| 34 | Benefit payments and expenses | | (385,779,648) | l8 | (399,532,649) | l8 | (424,971,043) | l8 | | |
| 35 | Net plan transfers minus surplus | | 3,258,105,305 | n2 | 713,757 | l9 | 11,298,227 | l9 | | |
| 36 | Calculated return | | 58,337,749 | n3 | 368,393,866 | n3 | (159,235,994) | n3 | | |
| 37 | Market value, end of year | | 2,955,746,290 | t | 2,950,287,165 | t | 2,398,362,327 | t | | |
| 38 | | | | | | | | | | |
| 39 | Actual actuarial value, beginning of year | | 4,157,018,907 | l18 | | | | | | |
| 40 | Scenario percent of market value transferred | | 61.4018% | n5 | | | | | | |
| 41 | Scenario actuarial value, beginning of year | | 2,552,484,435 | n6 | | | | | | |
| 42 | | | | | | | | | | |
| 43 | Actual actuarial value as percent actual market | | | | 100.0635% | n5 | 96.2091% | n5 | | |
| 44 | Scenario actuarial value, beginning of year | | | | 2,957,623,189 | n6 | 2,838,444,729 | n6 | | |
| 45 | | | | | | | | | | |
| 46 | Actuarial accrued liability | | 3,203,917,156 | l17 | 3,669,777,809 | l17 | 3,732,662,714 | l17 | | |
| 47 | Actuarial value of assets | | (2,552,484,435) | l41 | (2,957,623,189) | l44 | (2,838,444,729) | l44 | | |
| 48 | Unfunded actuarial liability | | 651,432,721 | q2 | 712,154,620 | q2 | 894,217,985 | q2 | | |
| 49 | Less: present value of prior bases | | | | (637,966,972) | n7 | (694,916,522) | n7 | | |
| 50 | Equals: actuarial (gain) or loss | | | | 74,187,648 | t | 199,301,463 | t | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | Assignable cost limit adjusted for quarterly funding | | 784,571,789 | m2 | 869,107,088 | m2 | 1,060,922,446 | m2 | | |
| 54 | | | | | | | | | | |

**Hughes Electronics Corporation**
***Raytheon Non-Bargaining Cost***

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | | | |
| 55 | Calculation of CAS cost | | | | | | | | | | | |
| 56 | | | | | | | | | | | | |
| 57 | | | Normal cost | | 88,583,901 | l16 | 107,596,613 | l16 | 106,455,574 | l16 | | |
| 58 | | | Amortization of 12/1/97 unfunded liability | | 63,444,728 | k | 63,444,728 | k | 63,444,728 | k | | |
| 59 | | | Amortization of 1997 actuarial gain/loss | | | | 8,233,835 | k1 | 8,233,835 | k1 | | |
| 60 | | | Amortization of 1998 actuarial gain/loss | | | | | | 22,119,792 | k1 | | |
| 61 | | | Amortization of 1999 actuarial gain/loss | | | | | | | | | |
| 62 | | | Interest for quarterly funding | | 9,153,390 | m | 10,793,860 | m | 12,056,955 | m | | |
| 63 | | | Annual CAS measured cost | | 161,182,019 | t | 190,069,036 | t | 212,310,884 | t | | |
| 64 | | | Annual CAS assigned cost | | 161,182,019 | m3 | 190,069,036 | m3 | 212,310,884 | m3 | | |
| 65 | | | | | | | | | | | | |
| 66 | Balance test | | | | | | | | | | | |
| 67 | | | Outstanding amortizations | | | | | | | | | |
| 68 | | | Initial unfunded liability | | 651,432,721 | pv | 637,966,972 | pv | 623,356,634 | pv | | |
| 69 | | | 1997 actuarial gain/loss | | | | 74,187,648 | pv | 71,559,887 | pv | | |
| 70 | | | 1998 actuarial gain/loss | | | | | | 199,301,463 | pv | | |
| 71 | | | 1999 actuarial gain/loss | | | | | | | | | |
| 72 | | | Total | | 651,432,721 | t | 712,154,620 | t | 894,217,985 | t | | |
| 73 | | | Unfunded actuarial liability | | 651,432,721 | l48 | 712,154,620 | l48 | 894,217,985 | l48 | | |
| 74 | | | Balance test | | 0 | q | 0 | q | 0 | q | | |
| 75 | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | |
| 77 | **Referenced Worksheets** | | | | | | | | | | | |
| 78 | | | | | | | | | | | | |
| 79 | b | | ***Segment Closing Liabilities (Defense Business Segment Closing Analysis dated November 21, 2003)*** | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 81 | **Referenced Documents** | | | | | | | | | | | |
| 82 | | | | | | | | | | | | |
| 83 | G | | Raytheon Nonbargaining Retirement Plan actuarial valuation report for plan year beginning December 17, 1997. | | | | | | | | | |
| 84 | | | (Defense Business Segment Closing Analysis dated November 21, 2003) | | | | | | | | | |
| 85 | S | | 1997 Form 5500 for Raytheon Nonbargaining plan. | | | | | | | | | |
| 86 | T | | 1998 Form 5500 for Raytheon Nonbargaining plan. | | | | | | | | | |
| 87 | U | | 1999 Form 5500 for Raytheon Nonbargaining plan. | | | | | | | | | |
| 88 | | | | | | | | | | | | |

**Hughes Electronics Corporation**
***Raytheon Non-Bargaining Cost***

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | | | |
| 89 | **Cell definitions** | | | | | | | | | | | |
| 90 | | | | | | | | | | | | |
| 91 | k | | 20 year amortization of 12/1/1997 unfunded actuarial liability; example, E58=PMT(E19,E13,-E48,0,1) | | | | | | | | | |
| 92 | k1 | | 15 year amortization of actuarial gain or loss; example G59=PMT(G19,15,-G50,0,1) | | | | | | | | | |
| 93 | l5 | | Equals amount from line 5 | | | | | | | | | |
| 94 | l6 | | Equals amount from line 6 | | | | | | | | | |
| 95 | l7 | | Equals amount from line 7 | | | | | | | | | |
| 96 | l8 | | Equals amount from line 8 | | | | | | | | | |
| 97 | l9 | | Equals amount from line 9 | | | | | | | | | |
| 98 | l16 | | Equals amount from line 16 | | | | | | | | | |
| 99 | l17 | | Equals amount from line 17 | | | | | | | | | |
| 100 | l18 | | Equals amount from line 18 | | | | | | | | | |
| 101 | l41 | | Equals inverse of amount from line 41 | | | | | | | | | |
| 102 | l44 | | Equals inverse of amount from line 44 | | | | | | | | | |
| 103 | l48 | | Equals amount from line 48 | | | | | | | | | |
| 104 | m | | Interest adjustment for quarterly funding; example E62=ROUND((E57+E58+E59+E60+E61)*8.5/12*E19,0) | | | | | | | | | |
| 105 | m1 | | Estimated rate of return; example E29=2*E10/(E5+E11-E10) | | | | | | | | | |
| 106 | m2 | | Greater of two amounts adjusted for quarterly interest; example E53=ROUND(MAX(0,E48+E16)*(1+8.5/12*E19),0) | | | | | | | | | |
| 107 | m3 | | Lesser of two amounts; example E64=MIN(E53,E63). The IRC maximum deductible contribution is presumed not to apply. | | | | | | | | | |
| 108 | n2 | | Actual transfer less surplus transferred, E35=E9-E25 | | | | | | | | | |
| 109 | n3 | | Estimated return on scenario assets at implied rate of return; example E36=ROUND(E31*E29+(E32+E33+E34+E35)*E29/2,0) | | | | | | | | | |
| 110 | n4 | | Equals prior end of year value; example G31=E37 | | | | | | | | | |
| 111 | n5 | | Ratio of two amounts, example E40=ROUND(E35/E9,6) | | | | | | | | | |
| 112 | n6 | | Product of two amounts; example E41=ROUND(E39*E40,0) | | | | | | | | | |
| 113 | n7 | | Equals the sum of amounts for prior year's bases in lines 67 to 71 as appropriate; example G49=-(E48-E58)*(1+E19) | | | | | | | | | |
| 114 | pv | | Present value of remaining amortization payments; example E68=PV(E$19,E13,-E58,0,1) | | | | | | | | | |
| 115 | q | | Difference between two amounts; example E74=E72-E73 | | | | | | | | | |
| 116 | q2 | | Unfunded actuarial liability; example E48=E46+E47 | | | | | | | | | |
| 117 | t | | Total of a column; example E11=SUM(E5:E10) | | | | | | | | | |

# Hughes Electronics Corporation
## *Raytheon Bargaining Cost*

| | A B C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | |
| 3 | ***Data from Raytheon Form 5500 and schedules*** | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | Market value, beginning of year | | 0 | O | 883,544,384 | P | 930,887,786 | Q | 819,297,775 | R |
| 6 | Employer contributions | | 0 | O | 0 | P | 0 | Q | 0 | R |
| 7 | Employee contributions | | 3,086,525 | O | 2,856,304 | P | 2,288,984 | Q | 3,049,171 | R |
| 8 | Benefit payments and expenses | | (49,938,920) | O | (57,711,935) | P | (59,945,222) | Q | (59,662,071) | R |
| 9 | Net plan transfers | | 914,424,574 | O | 140,848 | P | 0 | Q | 0 | R |
| 10 | Return | | 15,972,205 | O | 102,058,185 | P | (53,933,773) | Q | (62,077,297) | R |
| 11 | Market value, end of year | | 883,544,384 | t | 930,887,786 | t | 819,297,775 | t | 700,607,578 | t |
| 12 | | | | | | | | | | |
| 13 | Funding policy amortization period | | 20 | O | | | | | | |
| 14 | | | | | | | | | | |
| 15 | Schedule B Data | | | | | | | | | |
| 16 | Normal cost | | 10,434,800 | O | 12,443,642 | n | 14,452,483 | Q | 13,547,277 | R |
| 17 | Actuarial accrued liability | | 472,156,079 | O | 474,767,482 | n1 | 509,407,174 | Q | 502,127,136 | R |
| 18 | Actuarial value of assets | | 722,897,259 | O | 883,544,384 | l5 | 904,279,180 | Q | 901,048,824 | R |
| 19 | Valuation interest rate | | 8.5% | O | 8.5% | n | 8.5% | Q | 8.5% | R |
| 20 | | | | | | | | | | |
| 21 | ***Data from Defense Business Segment Closing Analysis dated November 21, 2003*** | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | Assets actually transferred to Raytheon | | 848,614,132 | b | | | | | | |
| 24 | Liabilities actually transferred to Raytheon | | (435,324,687) | b | | | | | | |
| 25 | Surplus actually transferred to Raytheon | | 413,289,445 | t | | | | | | |
| 26 | | | | | | | | | | |

**Hughes Electronics Corporation**
***Raytheon Bargaining Cost***

| | A B C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | |
| 27 | ***Hypothetical Scenario Analysis*** | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | Implied rate of return on market value | | 3.682046% | m1 | 11.920081% | m1 | -5.978958% | m1 | -7.848038% | m1 |
| 30 | | | | | | | | | | |
| 31 | Market value, beginning of year | | 0 | l5 | 462,646,184 | n4 | 459,818,179 | n4 | 376,393,224 | n4 |
| 32 | Employer contributions | | 0 | l6 | 0 | l6 | 0 | l6 | 0 | l6 |
| 33 | Employee contributions | | 3,086,525 | l7 | 2,856,304 | l7 | 2,288,984 | l7 | 3,049,171 | l7 |
| 34 | Benefit payments and expenses | | (49,938,920) | l8 | (57,711,935) | l8 | (59,945,222) | l8 | (59,662,071) | l8 |
| 35 | Net plan transfers minus surplus | | 501,135,129 | n2 | 140,848 | l9 | 0 | l9 | 0 | l9 |
| 36 | Calculated return | | 8,363,450 | n3 | 51,886,778 | n3 | (25,768,717) | n3 | (27,317,981) | n3 |
| 37 | Market value, end of year | | 462,646,184 | t | 459,818,179 | t | 376,393,224 | t | 292,462,343 | t |
| 38 | | | | | | | | | | |
| 39 | Actual actuarial value, beginning of year | | 722,897,259 | l18 | | | | | | |
| 40 | Scenario percent of market value transferred | | 54.8033% | n5 | | | | | | |
| 41 | Scenario actuarial value, beginning of year | | 396,171,554 | n6 | | | | | | |
| 42 | | | | | | | | | | |
| 43 | Actual actuarial value as percent actual market | | | | 100.0000% | n5 | 97.1416% | n5 | 109.9782% | n5 |
| 44 | Scenario actuarial value, beginning of year | | | | 462,646,184 | n6 | 446,674,736 | n6 | 413,950,493 | n6 |
| 45 | | | | | | | | | | |
| 46 | Actuarial accrued liability | | 472,156,079 | l17 | 474,767,482 | l17 | 509,407,174 | l17 | 502,127,136 | l17 |
| 47 | Actuarial value of assets | | (396,171,554) | l41 | (462,646,184) | l44 | (446,674,736) | l44 | (413,950,493) | l44 |
| 48 | Unfunded actuarial liability | | 75,984,525 | q2 | 12,121,298 | q2 | 62,732,438 | q2 | 88,176,643 | q2 |
| 49 | Less: present value of prior bases | | | | (74,413,851) | n7 | (12,623,547) | n7 | (61,502,499) | n7 |
| 50 | Equals: actuarial (gain) or loss | | | | (62,292,553) | t | 50,108,891 | t | 26,674,144 | t |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | Assignable cost limit adjusted for quarterly funding | | 91,622,489 | m2 | 26,043,953 | m2 | 81,832,096 | m2 | 107,848,548 | m2 |
| 54 | | | | | | | | | | |

# Hughes Electronics Corporation
## *Raytheon Bargaining Cost*

| | A B C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | |
| 55 | Calculation of CAS cost | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | Normal cost | | 10,434,800 | l16 | 12,443,642 | l16 | 14,452,483 | l16 | 13,547,277 | l16 |
| 58 | Amortization of 12/1/97 unfunded liability | | 7,400,331 | k | 7,400,331 | k | 7,400,331 | k | 7,400,331 | k |
| 59 | Amortization of 1997 actuarial gain/loss | | | | (6,913,639) | k1 | (6,913,639) | k1 | (6,913,639) | k1 |
| 60 | Amortization of 1998 actuarial gain/loss | | | | | | 5,561,415 | k1 | 5,561,415 | k1 |
| 61 | Amortization of 1999 actuarial gain/loss | | | | | | | | 2,960,473 | k1 |
| 62 | Interest for quarterly funding | | 1,073,823 | m | 778,514 | m | 1,234,306 | m | 1,358,051 | m |
| 63 | Annual CAS measured cost | | 18,908,954 | t | 13,708,848 | t | 21,734,896 | t | 23,913,908 | t |
| 64 | Annual CAS assigned cost | | 18,908,954 | m3 | 13,708,848 | m3 | 21,734,896 | m3 | 23,913,908 | m3 |
| 65 | | | | | | | | | | |
| 66 | Balance test | | | | | | | | | |
| 67 | Outstanding amortizations | | | | | | | | | |
| 68 | Initial unfunded liability | | 75,984,525 | pv | 74,413,851 | pv | 72,709,669 | pv | 70,860,632 | pv |
| 69 | 1997 actuarial gain/loss | | | | (62,292,553) | pv | (60,086,122) | pv | (57,692,144) | pv |
| 70 | 1998 actuarial gain/loss | | | | | | 50,108,891 | pv | 48,334,011 | pv |
| 71 | 1999 actuarial gain/loss | | | | | | | | 26,674,144 | pv |
| 72 | Total | | 75,984,525 | t | 12,121,298 | t | 62,732,438 | t | 88,176,643 | t |
| 73 | Unfunded actuarial liability | | 75,984,525 | l48 | 12,121,298 | l48 | 62,732,438 | l48 | 88,176,643 | l48 |
| 74 | Balance test | | 0 | q | 0 | q | 0 | q | 0 | q |
| 75 | | | | | | | | | | |
| 76 | | | | | | | | | | |
| 77 | **Referenced Worksheets** | | | | | | | | | |
| 78 | | | | | | | | | | |
| 79 | b ***Segment Closing Liabilities (Defense Business Segment Closing Analysis dated November 21, 2003)*** | | | | | | | | | |
| 80 | | | | | | | | | | |
| 81 | **Referenced Documents** | | | | | | | | | |
| 82 | | | | | | | | | | |
| 83 | O 1997 Form 5500 for Raytheon Bargaining plan. | | | | | | | | | |
| 84 | P 1998 Form 5500 for Raytheon Bargaining plan. | | | | | | | | | |
| 85 | Q 1999 Form 5500 for Raytheon Bargaining plan. | | | | | | | | | |
| 86 | R 2000 Form 5500 for Raytheon Bargaining plan. | | | | | | | | | |
| 87 | | | | | | | | | | |

**Hughes Electronics Corporation**
***Raytheon Bargaining Cost***

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan year beginning | | | | 12/1/1997 | | 12/1/1998 | | 12/1/1999 | | 12/1/2000 | |
| 2 | | | | | | | | | | | | |
| 88 | **Cell definitions** | | | | | | | | | | | |
| 89 | | | | | | | | | | | | |
| 90 | k | | 20 year amortization of 12/1/1997 unfunded actuarial liability; example, E58=PMT(E19,E13,-E48,0,1) | | | | | | | | | |
| 91 | k1 | | 15 year amortization of actuarial gain or loss; example G59=PMT(G19,15,-G50,0,1) | | | | | | | | | |
| 92 | l5 | | Equals amount from line 5 | | | | | | | | | |
| 93 | l6 | | Equals amount from line 6 | | | | | | | | | |
| 94 | l7 | | Equals amount from line 7 | | | | | | | | | |
| 95 | l8 | | Equals amount from line 8 | | | | | | | | | |
| 96 | l9 | | Equals amount from line 9 | | | | | | | | | |
| 97 | l16 | | Equals amount from line 16 | | | | | | | | | |
| 98 | l17 | | Equals amount from line 17 | | | | | | | | | |
| 99 | l18 | | Equals amount from line 18 | | | | | | | | | |
| 100 | l41 | | Equals inverse of amount from line 41 | | | | | | | | | |
| 101 | l44 | | Equals inverse of amount from line 44 | | | | | | | | | |
| 102 | l48 | | Equals amount from line 48 | | | | | | | | | |
| 103 | m | | Interest adjustment for quarterly funding; example E62=ROUND((E57+E58+E59+E60+E61)*8.5/12*E19,0) | | | | | | | | | |
| 104 | m1 | | Estimated rate of return; example E29=2*E10/(E5+E11-E10) | | | | | | | | | |
| 105 | m2 | | Greater of two amounts adjusted for quarterly interest; example E53=ROUND(MAX(0,E48+E16)*(1+8.5/12*E19),0) | | | | | | | | | |
| 106 | m3 | | Lesser of two amounts; example E64=MIN(E53,E63). The IRC maximum deductible contribution is presumed not to apply. | | | | | | | | | |
| 107 | n | | Average of two or more amounts; example G16=AVERAGE(I16,E16) | | | | | | | | | |
| 108 | n1 | | Projection of liability assuming no actuarial gains or losses; example G17=(E17+E16)*(1+E19)+(E7+E8)*(1+0.5*E19) | | | | | | | | | |
| 109 | n2 | | Actual transfer less surplus transferred, E35=E9-E25 | | | | | | | | | |
| 110 | n3 | | Estimated return on scenario assets at implied rate of return; example E36=ROUND(E31*E29+(E32+E33+E34+E35)*E29/2,0) | | | | | | | | | |
| 111 | n4 | | Equals prior end of year value; example G31=E37 | | | | | | | | | |
| 112 | n5 | | Ratio of two amounts, example E40=ROUND(E35/E9,6) | | | | | | | | | |
| 113 | n6 | | Product of two amounts; example E41=ROUND(E39*E40,0) | | | | | | | | | |
| 114 | n7 | | Equals the sum of amounts for prior year's bases in lines 67 to 71 as appropriate; example G49=-(E48-E58)*(1+E19) | | | | | | | | | |
| 115 | pv | | Present value of remaining amortization payments; example E68=PV(E$19,E13,-E58,0,1) | | | | | | | | | |
| 116 | q | | Difference between two amounts; example E74=E72-E73 | | | | | | | | | |
| 117 | q2 | | Unfunded actuarial liability; example E48=E46+E47 | | | | | | | | | |
| 118 | t | | Total of a column; example E11=SUM(E5:E10) | | | | | | | | | |