**TAB O**

190373303046179

Form **5500** Department of the Treasury Internal Revenue Service Department of Labor Pension and Welfare Benefits Administration Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

(With 100 or more participants)

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code. ▶ See separate instructions.

OMB Nos. 1210-0016 1210-0089

**1997**

This Form Is Open to Public Inspection.

For the calendar plan year 1997 or fiscal plan year beginning December 18, 1997, and ending November 30, 1998

If A(1) through A(4), B, C, and/or D, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

A This return/report is: (1) [X] the first return/report filed for the plan; (2) [ ] an amended return/report; (3) [ ] the final return/report filed for the plan; or (4) [X] a short plan year return/report (less than 12 months).

**IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.**

B Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan ▶ [ ]
C If your plan year changed since the last return/report, check here ▶ [ ]
D If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension ▶ [X]

1a Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)

Raytheon Company
141 Spring St
Lexington, MA 02421

1b Employer identification number (EIN): 95 1778500
1c Sponsor's telephone number: (781) 860-2885
1d Business code (see instructions, page 20): 3670
1e CUSIP issuer number: 755111

2a Name and address of plan administrator (if same as plan sponsor, enter "Same")
same

2b Administrator's EIN
2c Administrator's telephone number

3 If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.
a Sponsor ______ EIN ______ Plan number ______
b Administrator ______ EIN ______
c If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

4 **ENTITY CODE.** (If not shown, enter the applicable code from page 8 of the instructions.) ▶ B

5a Name of plan ▶ Raytheon Bargaining Retirement Plan
5b Effective date of plan (mo., day, yr.) 12/18/97
5c Three-digit plan number ▶ 022

All filers must complete 6a through 6d, as applicable.

6a [ ] Welfare benefit plan 6b [X] Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 8 of the instructions in the boxes.) 1

6c Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 8 of the instructions in the boxes.) I

6d [ ] Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ [signature] Date ▶ 9/15/99
Type or print name of individual signing above Eric D. Redo, Director Benefits Accounting
Signature of plan administrator ▶ [signature] Date ▶ 9/15/99
Type or print name of individual signing above Eric D. Redo, Director Benefits Accounting

For Paperwork Reduction Act Notice, see the instructions for Form 5500. MGA Form **5500** (1997)

POSTMARK SEP 15 1999

ANDOVER SERVICE CENTER I.R.S. SEP 16 1999 MAIL 310 LOWELL ST. ANDOVER, MA

0187

32 Plan income, expenses, and changes in net assets for the plan year. *Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s), and any payments/receipts to/from insurance carriers.* Round off amounts to the nearest dollar; any other amounts are subject to rejection.

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a Contributions:** | | | |
| (1) Received or receivable from: | | | |
| (A) Employers | a(1)(A) | | |
| (B) Participants | (B) | 3,086,525 | |
| (C) Others plan transfer | (C) | 914,424,574 | |
| (2) Noncash contributions | (2) | | |
| (3) Total contributions. Add lines 32a(1)(A), (B), (C) and line 32a(2) ▶ | (3) | | 917,511,099 |
| **b Earnings on investments:** | | | |
| (1) Interest | | | |
| (A) Interest-bearing cash (including money market funds) | b(1)(A) | | |
| (B) Certificates of deposit | (B) | | |
| (C) U.S. Government securities | (C) | | |
| (D) Corporate debt instruments | (D) | | |
| (E) Mortgage loans | (E) | | |
| (F) Other loans | (F) | | |
| (G) Other interest | (G) | | |
| (H) Total interest. Add lines 32b(1)(A) through (G) ▶ | (H) | | 0 |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | (B) | | |
| (C) Total dividends. Add lines 32b(2)(A) and (B) ▶ | (C) | | 0 |
| (3) Rents | (3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | (4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | (B) | | |
| (C) Subtract (B) from (A) and enter result | (C) | | 0 |
| (5) Unrealized appreciation (depreciation) of assets | (5) | | |
| (6) Net investment gain (loss) from common/collective trusts | (6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | (7) | | |
| (8) Net investment gain (loss) from master trusts | (8) | | 15,972,205 |
| (9) Net investment gain (loss) from 103-12 investment entities | (9) | | |
| (10) Net investment gain (loss) from registered investment companies | (10) | | |
| c Other income | c | | |
| d Total income. Add all amounts in column (b) and enter total ▶ | d | | 933,483,304 |
| **Expenses** | | | |
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries | e(1) | 49,938,920 | |
| (2) To insurance carriers for the provision of benefits | (2) | | |
| (3) Other | (3) | | |
| (4) Total payments. Add lines 32e(1) through 32e(3) ▶ | (4) | | 49,938,920 |
| f Interest expense | f | | |
| g Administrative expenses: (1) Salaries and allowances | g(1) | | |
| (2) Accounting fees | (2) | | |
| (3) Actuarial fees | (3) | | |
| (4) Contract administrator fees | (4) | | |
| (5) Investment advisory and management fees | (5) | | |
| (6) Legal fees | (6) | | |
| (7) Valuation/appraisal fees | (7) | | |
| (8) Trustees fees/expenses (including travel, seminars, meetings, etc.) | (8) | | |
| (9) Other | (9) | | |
| (10) Total administrative expenses. Add lines 32g(1) through 32g(9) | (10) | | 0 |
| h Total expenses. Add lines 32e(4), 32f, and 32g(10) ▶ | h | | 49,938,920 |
| i Net income (loss). Subtract line 32h from line 32d ▶ | i | | 883,544,384 |
| j Transfers to (from) the plan (see instructions) | j | | |
| k Net assets at beginning of year (line 31, column (a)) | k | | 0 |
| l Net assets at end of year (line 31, column (b)) ▶ | l | | 883,544,384 |

| | Yes | No |
|---|---|---|
| 33 Did any employer sponsoring the plan pay any of the administrative expenses of the plan that were not reported on line 32g? | X | |

**SCHEDULE B (Form 5500)**

Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ Attach to Form 5500, 5500-C/R, or 5500-EZ if applicable.
▶ See separate instructions.

OMB No. 1210-0016

**1997**

This Form Is Open to Public Inspection (except when attached to Form 5500-EZ)

For calendar plan year 1997 or fiscal plan year beginning December 17, 1997, and ending November 30, 1998

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**

▶ **Caution:** A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

A Name of employer/plan sponsor as shown on line 1a of Form 5500, 5500-C/R, or 5500-EZ
Raytheon Company

B Employer identification number
95 | 1778500

C Name of plan Raytheon Bargaining Retirement Plan

D Three-digit plan number ▶ 0 | 2 | 2

E Type of plan: (1) [X] Single employer (2) [ ] Multiemployer (3) [ ] Multiple employer

F [ ] 100 or fewer participants in prior plan year

**Part I Basic Information** (To be completed by all plans)

| | | | |
|---|---|---|---|
| **1a** | Enter the actuarial valuation date: Month 12 Day 17 Year 97 | | |
| **b** | Assets: | | |
| | (1) Current value of assets | b(1) | 858,201,926 |
| | (2) Actuarial value of assets for funding standard account | b(2) | 722,897,259 |
| **c** | (1) Accrued liability for plans using immediate gain methods | c(1) | 472,156,079 |
| | (2) Information for plans using spread gain methods: | | |
| | (a) Unfunded liability for methods with bases | c(2)(a) | N/A |
| | (b) Accrued liability under entry age normal method | c(2)(b) | N/A |
| | (c) Normal cost under entry age normal method | c(2)(c) | N/A |
| **d** | Information on current liabilities of the plan: | | |
| | (1) Amount excluded from current liability attributable to pre-participation service (see instructions) | d(1) | 0 |
| | (2) "RPA '94" information: | | |
| | (a) Current liability | d(2)(a) | 493,977,345 |
| | (b) Expected increase in current liability due to benefits accruing during the plan year | d(2)(b) | 9,075,617 |
| | (c) Current liability computed at highest allowable interest rate (see instructions) | d(2)(c) | 493,977,345 |
| | (d) Expected release from "RPA '94" current liability for the plan year | d(2)(d) | N/A |
| | (3) "OBRA '87" information: | | |
| | (a) Current liability | d(3)(a) | 484,091,723 |
| | (b) Expected increase in current liability due to benefits accruing during the plan year | d(3)(b) | 8,629,879 |
| | (c) Expected release from "OBRA '87" current liability for the plan year | d(3)(c) | N/A |
| | (4) Expected plan disbursements for the plan year | d(4) | 46,340,618 |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying statements, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable. In the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

[signature]
Signature of actuary

9/03/99
Date

Mark D. S. Byrne
Print or type name of actuary

G 9 9 — 6 0 5 2
Most recent enrollment number

Towers Perrin
Firm name

(310) 551-5890
Telephone number (including area code)

1925 Century Park East, Suite1500, Los Angeles CA 90067-2790
Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions [ ]

2 Operational information as of beginning of this plan year:

a Current value of the assets (see instructions) . . . 2a 858,201,926

b "RPA '94" current liability:

| | (1) No. of Persons | (2) Vested Benefits | (3) Total Benefits |
|---|---|---|---|
| (1) For retired participants and beneficiaries receiving payments | 4,482 | 285,690,399 | 285,690,399 |
| (2) For terminated vested participants | 4,018 | 50,548,406 | 50,548,406 |
| (3) For active participants | 4,735 | 121,852,761 | 157,738,540 |
| (4) Total | 13,235 | 458,091,566 | 493,977,345 |

c If the percentage resulting from dividing line 2a by line 2b(4), column (3), is less than 70%, enter such percentage . . . 2c N.A %

3 Contributions made to the plan for the plan year by employer(s) and employees:

| (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees | (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees |
|---|---|---|---|---|---|
| 12/17/97 | 0 | 241,707 | 8/15/98 | 0 | 285,229 |
| 1/15/98 | 0 | 240,778 | 9/15/98 | 0 | 218,208 |
| 2/15/98 | 0 | 391,777 | 10/15/98 | 0 | 212,784 |
| 3/15/98 | 0 | 229,619 | 11/15/98 | 0 | 261,139 |
| 4/15/98 | 0 | 230,047 | | | |
| 5/15/98 | 0 | 228,148 | | | |
| 6/15/98 | 0 | 326,548 | | | |
| 7/15/98 | 0 | 220,540 | 3 Totals ▶ | (b) 0 | (c) 3,086,524 |

4 Quarterly contributions and liquidity shortfall(s):

a Plans other than multiemployer plans, enter funded current liability percentage for preceding year (see instructions) . . . 4a 132.0 %

b If line 4a is less than 100%, see instructions, and complete the following table as applicable:

| Liquidity shortfall as of end of Quarter of this plan year | | | |
|---|---|---|---|
| (1) 1st | (2) 2nd | (3) 3rd | (4) 4th |
| N/A | N/A | N/A | N/A |

5 Actuarial cost method used as the basis for this plan year's funding standard account computation:

a ☐ Attained age normal b ☐ Entry age normal c ☒ Accrued benefit (unit credit)

d ☐ Aggregate e ☐ Frozen initial liability f ☐ Individual level premium

g ☐ Individual aggregate h ☐ Other (specify) ▶

i Has a change been made in funding method for this plan year? . . . ☐ Yes ☒ No

j If line i is "Yes," was the change made pursuant to Revenue Procedure 95-51? . . . ☐ Yes ☐ No

k If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method . . . Month Day Year

6 Checklist of certain actuarial assumptions:

a Interest rates for:

(1) "RPA '94" current liability . . . a(1) 7.26 %

(2) "OBRA '87" current liability . . . a(2) 7.47 %

b Weighted average retirement age . . . 6b 62.0

| | | Pre-retirement | Post-retirement |
|---|---|---|---|
| c Rates specified in insurance or annuity contracts | 6c | ☐ Yes ☒ No | ☐ Yes ☒ No |
| d Mortality table code for valuation purposes: | | | |
| (1) Males | d(1) | 6 | 6 |
| (2) Females | d(2) | 6F | 6F |
| e Valuation liability interest rate | 6e | 8.50 % | 8.50 % |
| f Expense loading | 6f | 69.8 % | N.A % |
| | | Male | Female |
| g Annual withdrawal rates: | | | |
| (1) Age 25 | g(1) | U2 3.10 % | U3 0.80 % |
| (2) Age 40 | g(2) | U 7.70 % | U1 0.50 % |
| (3) Age 55 | g(3) | U 0.70 % | U 1.80 % |
| h Salary scale | 6h | 5.50 % | 5.50 % |

i Estimated investment return on actuarial value of assets for the year ending on the valuation date . . . 6i 17.3 %

7 New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8 Miscellaneous information:

a If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval . . . . Month ........ Day ........ Year ........

b If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ ......................

c Is the plan required to provide a Schedule of Active Participant Data? (see instructions) . . . . ☒ Yes ☐ No
If "Yes," attach schedule.

9 Funding standard account statement for this plan year:

| Item | Outstanding Balance | | Line | Amount |
|---|---|---|---|---|
| **Charges to funding standard account:** | | | | |
| a Prior year funding deficiency, if any | | | 9a | 0 |
| b Employer's normal cost for plan year as of valuation date | | | 9b | 10,434,800 |
| c Amortization charges as of valuation date: | | | | |
| (1) All bases except funding waivers | ▶ ($ 0 ) | | c(1) | 0 |
| (2) Funding waivers | ▶ ($ 0 ) | | c(2) | 0 |
| d Interest as applicable on lines 9a, 9b, and 9c | | | 9d | 886,958 |
| e Additional interest charge due to late quarterly contributions, if applicable | | | 9e | N/A |
| f Additional funding charge from Part II, line 12u, if applicable | | | 9f | 0 |
| g Total charges. Add lines 9a through 9f | | | 9g | 11,321,758 |
| **Credits to funding standard account:** | | | | |
| h Prior year credit balance, if any | | | 9h | 30,143,766 |
| i Employer contributions. Total from column (b) of line 3 | | | 9i | 0 |
| j Amortization credits as of valuation date | ▶ ($ 0 ) | | 9j | 0 |
| k Interest as applicable to end of plan year on lines 9h, 9i, and 9j | | | 9k | 2,455,461 |
| l Full funding limitation (FFL) and credits | | | | |
| (1) ERISA FFL (accrued liability FFL) | l(1) | 0 | | |
| (2) "OBRA '87" FFL (150% current liability FFL) | l(2) | 19,254,140 | | |
| (3) "RPA '94" override (90% current liability FFL) | l(3) | 0 | | |
| (4) FFL credit before reflecting "OBRA '87" FFL | | | l(4) | 11,321,758 |
| (5) Additional credit due to "OBRA '87" FFL | | | l(5) | 0 |
| m (1) Waived funding deficiency | | | m(1) | 0 |
| (2) Other credits | | | m(2) | 0 |
| n Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | | | 9n | 43,920,985 |
| o Credit balance: If line 9n is greater than line 9g, enter the difference | | | 9o | 32,599,227 |
| p Funding deficiency: If line 9g is greater than line 9n, enter the difference | | | 9p | 0 |
| **Reconciliation account:** | | | | |
| q Current year's accumulated reconciliation account: | | | | |
| (1) Due to additional funding charges as of the beginning of the plan year | q(1) | 0 | | |
| (2) Due to additional interest charges as of the beginning of the plan year | q(2) | 0 | | |
| (3) Due to waived funding deficiencies: | | | | |
| (a) Reconciliation outstanding balance as of valuation date | q(3)(a) | 0 | | |
| (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) | q(3)(b) | 0 | | |
| (4) Total as of valuation date ▶ | | | q(4) | 0 |

| | | |
|---|---|---|
| 10 Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable | 10 | 0 |

11 Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions. ☒ Yes ☐ No

# RAYTHEON BARGAINING RETIREMENT PLAN

## NOTES TO FINANCIAL STATEMENTS, CONTINUED

determining the actuarial present value of accumulated plan benefits.

As of December 18, 1997, the most recent valuation date, the actuarial present value of accumulated plan benefits is as follows:

| | |
|---|---|
| Actuarial present value of accumulated plan benefits: | |
| Vested benefits: | |
| Retirees and beneficiaries | $273,756,000 |
| Terminated vested participants | 43,277,000 |
| Active employees | 72,874,000 |
| | 389,907,000 |
| Non-vested benefits | 36,547,000 |
| Total actuarial present value of accumulated plan benefits | $426,454,000 |
| Accumulated participant contributions with interest | $76,853,829 |

4. **Funding Policy:**

The employer's contributions are designed to fund the Plan's current service costs on a current basis and to generally fund over 20 years the estimated accrued benefit cost arising from qualifying service before the valuation date. Investment yield serves to reduce or increase future contributions that would otherwise be required to provide for the defined level of benefits under the Plan. Based on the minimum funding requirements of ERISA, the Company was not required to, and did not, make a contribution for the plan year ended November 30, 1998.

5. **Summary of Information Certified by the Trustee:**

The following is a summary of the information certified by the trustee at November 30, 1998:

| | 1998 |
|---|---|
| **Investments at Fair Value** | |
| Interest in Master Trust | $ 563,672,672 |
| **Changes in Net Assets** | |
| Master Trust investment income | $ 21,108,575 |

6. **Significant Investments:**

At November 30, 1998, the Plan's investment in the Master Trust of $563,672,672 exceeds 5% of the net assets available for plan benefits.

Continued

**TAB P**

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**(With 100 or more participants)**

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code.
▶ See separate instructions.

OMB Nos. 1210-0016 1210-0089

**1998**

This Form Is Open to Public Inspection.

For the calendar plan year 1998 or fiscal plan year beginning Dec , 1998, and ending Nov , 19 99

If *A(1)* through *A(4)*, *B*, *C*, and/or *D*, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

**A** This return/report is: *(1)* ☐ the first return/report filed for the plan; *(3)* ☐ the final return/report filed for the plan; or
*(2)* ☐ an amended return/report; *(4)* ☐ a short plan year return/report (less than 12 months).

**B** Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . ▶ ☐
**C** If your plan year changed since the last return/report, check here . . . ▶ ☐
**D** If you filed for an extension of time to file this return/report, check here and attach a copy of the extension . . . ▶ ☑

**1a** Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)
RAYTHEON COMPANY
141 SPRING ST
LEXINGTON, MA 02421-7860415

**1b** Employer identification number (EIN) 95 ¦ 1778500
**1c** Sponsor's telephone number (781)860-2885
**1d** Business code (see instructions, page 20) 3359
**1e** CUSIP issuer number 755111

**2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")
RAYTHEON COMPANY
141 SPRING ST
LEXINGTON, MA 02421-7860415

**2b** Administrator's EIN 95 ¦ 1778500
**2c** Administrator's telephone number

**3** If the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line **3a** and/or line **3b** and complete line **3c**.

**a** Sponsor.................... EIN .............. Plan number ........
**b** Administrator.................... EIN ..............
**c** If line **3a** indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line **3c** on page 8 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

**4** **ENTITY CODE.** (If not shown, enter the applicable code from page 8 of the instructions.) ▶ B

**5a** Name of plan ▶ RAYTHEON BARGAINING RETIREMENT PLAN

**5b** Effective date of plan (mo., day, yr.) 12/18/1997
**5c** Three-digit plan number ▶ 022

**All filers must complete 6a through 6d, as applicable.**

**6a** ☐ Welfare benefit plan **6b** ☑ Pension benefit plan
(Enter the applicable codes from page 8 of the instructions in the boxes.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| | | | | | | | |

**6c** Pension plan features. (Enter the applicable pension plan feature codes from page 8 of the instructions in the boxes.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | | | | | | | |

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ .................... Date ▶ ..........
Type or print name of individual signing above ERIC D REDO DIRECTOR BENEFITS ACCOU
Signature of plan administrator ▶ .................... Date ▶ ..........
Type or print name of individual signing above ERIC D REDO DIRECTOR BENEFITS ACCOU

**32** Plan income, expenses, and changes in net assets for the plan year. *Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s), and any payments/receipts to/from insurance carriers.* **Round off amounts to the nearest dollar; any other amounts are subject to rejection.**

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a Contributions:** | | | |
| (1) Received or receivable from: | | | |
| (A) Employers | a(1)(A) | | |
| (B) Participants | (B) | 2,856,304 | |
| (C) Others | (C) | 140,848 | |
| (2) Noncash contributions | (2) | | |
| (3) Total contributions. Add lines 32a(1)(A), (B), (C) and line 32a(2) ▶ | (3) | | 2,997,152 |
| **b Earnings on investments:** | | | |
| (1) Interest | | | |
| (A) Interest-bearing cash (including money market funds) | b(1)(A) | | |
| (B) Certificates of deposit | (B) | | |
| (C) U.S. Government securities | (C) | | |
| (D) Corporate debt instruments | (D) | | |
| (E) Mortgage loans | (E) | | |
| (F) Other loans | (F) | | |
| (G) Other interest | (G) | | |
| (H) Total interest. Add lines 32b(1)(A) through (G) ▶ | (H) | | |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | (B) | | |
| (C) Total dividends. Add lines 32b(2)(A) and (B) ▶ | (C) | | |
| (3) Rents | (3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | (4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | (B) | | |
| (C) Subtract (B) from (A) and enter result | (C) | | |
| (5) Unrealized appreciation (depreciation) of assets | (5) | | |
| (6) Net investment gain (loss) from common/collective trusts | (6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | (7) | | |
| (8) Net investment gain (loss) from master trusts | (8) | | 102,058,185 |
| (9) Net investment gain (loss) from 103-12 investment entities | (9) | | |
| (10) Net investment gain (loss) from registered investment companies | (10) | | |
| c Other income | c | | |
| d Total income. Add all amounts in column (b) and enter total ▶ | d | | 105,055,337 |
| **Expenses** | | | |
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries | e(1) | 57,711,935 | |
| (2) To insurance carriers for the provision of benefits | (2) | | |
| (3) Other | (3) | | |
| (4) Total payments. Add lines 32e(1) through 32e(3) ▶ | (4) | | 57,711,935 |
| f Interest expense | f | | |
| g Administrative expenses: (1) Salaries and allowances | g(1) | | |
| (2) Accounting fees | (2) | | |
| (3) Actuarial fees | (3) | | |
| (4) Contract administrator fees | (4) | | |
| (5) Investment advisory and management fees | (5) | | |
| (6) Legal fees | (6) | | |
| (7) Valuation/appraisal fees | (7) | | |
| (8) Trustees fees/expenses (including travel, seminars, meetings, etc.) | (8) | | |
| (9) Other | (9) | | |
| (10) Total administrative expenses. Add lines 32g(1) through 32g(9) | (10) | | |
| h Total expenses. Add lines 32e(4), 32f, and 32g(10) ▶ | h | | 57,711,935 |
| i Net income (loss). Subtract line 32h from line 32d ▶ | i | | 47,343,402 |
| j Transfers to (from) the plan (see instructions) | j | | |
| k Net assets at beginning of year (line 31l, column (a)) | k | | 883,544,384 |
| l Net assets at end of year (line 31l, column (b)) ▶ | l | | 930,887,786 |

| | Yes | No |
|---|---|---|
| **33** Did any employer sponsoring the plan pay any of the administrative expenses of the plan that were not reported on line 32g? | ✔ | |

**TAB Q**

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**

**▶ Complete all entries in accordance with the instructions to the Form 5500.**

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**1999**

**This Form is Open to Public Inspection**

## Part I Annual Report Identification Information

For the calendar plan year 1999 or fiscal plan year beginning **December 01, 1999**, and ending **November 30, 2000**,

**A** This return/report is for:
- (1) [ ] a multiemployer plan;
- (2) [X] a single-employer plan (other than a multiple-employer plan);
- (3) [ ] a multiple-employer plan;
- (4) [ ] a DFE (specify) ______

**B** This return/report is:
- (1) [ ] the first return/report filed for the plan;
- (2) [ ] an amended return/report;
- (3) [ ] the final return/report filed for the plan;
- (4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ........ ▶ [X]

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ........ ▶ [X]

## Part II Basic Plan Information -- enter all requested information.

**1a** Name of plan
**RAYTHEON BARGAINING RETIREMENT PLAN**

**1b** Three-digit plan number (PN) ▶ **022**

**1c** Effective date of plan (mo., day, yr.)
**December 17, 1997**

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

**RAYTHEON COMPANY**

**141 SPRING STREET**

**LEXINGTON, MA 02421-7860**

**2b** Employer Identification Number (EIN)
**95-1778500**

**2c** Sponsor's telephone number
**781-860-2943**

**2d** Business code (see instructions)
**335900**

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of plan administrator | Date | **MICHAEL F. GARVEY**<br>Typed or printed name of individual signing as plan administrator |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | **MICHAEL F. GARVEY**<br>Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 Form **5500** (1999)

Official Use Only

**SCHEDULE B (Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ **Attach to Form 5500 or 5500-EZ if applicable.**

▶ **See separate instructions.**

OMB No. 1210-0110

**1999**

**This Form is Open to Public Inspection (except when attached to Form 5500-EZ)**

For calendar plan year 1999 or fiscal plan year beginning **December 01, 1999** , and ending **November 30, 2000**

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**

▶ **Caution:** A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

**A** Name of plan
**RAYTHEON BARGAINING RETIREMENT PLAN**

**B** Three-digit plan number ... ▶ **022**

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ
**RAYTHEON COMPANY**

**D** **Employer Identification Number**
**95-1778500**

**E** Type of plan: (1) [X] Single-employer (2) [ ] Multiemployer (3) [ ] Multiple-employer

**F** [ ] 100 or fewer participants in prior plan year

**Part I** **Basic Information** (To be completed by all plans)

**1a** Enter the actuarial valuation date: Month **12** Day **01** Year **1999**

**b** Assets:

| | | |
|---|---|---|
| (1) Current value of assets | b(1) | 931,742,025 |
| (2) Actuarial value of assets for funding standard account | b(2) | 904,279,180 |
| **c** (1) Accrued liability for plans using immediate gain methods | c(1) | 509,407,174 |
| (2) Information for plans using spread gain methods: | | |
| (a) Unfunded liability for methods with bases | c(2)(a) | |
| (b) Accrued liability under entry age normal method | c(2)(b) | |
| (c) Normal cost under entry age normal method | c(2)(c) | |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying schedules, statements and attachments, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable; in the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

Signature of actuary — Date

**JAMES A. WINER, A.S.A.**
Print or type name of actuary

**G** **995008**
Most recent enrollment number

**WILLIAM M. MERCER, INCORPORATED**
Firm name

**617-450-6698**
Telephone number (including area code)

**200 CLARENDON STREET**
**BOSTON, MA 02116**
Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions ........ [ ]

Official Use Only

5 Actuarial cost method used as the basis for this plan year's funding standard account computation:

a [ ] Attained age normal b [ ] Entry age normal c [X] Accrued benefit (unit credit)
d [ ] Aggregate e [ ] Frozen initial liability f [ ] Individual level premium
g [ ] Individual aggregate h [ ] Other (specify) ▶

i Has a change been made in funding method for this plan year? [ ] Yes [X] No

j If line i is "Yes," was the change made pursuant to Revenue Procedure 95-51 as modified by Revenue Procedure 98-10? [ ] Yes [ ] No

k If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method ........ Month Day Year

6 Checklist of certain actuarial assumptions:

a Interest rates for:

| | | | |
|---|---|---|---|
| (1) "RPA '94" current liability | a(1) | 6.30 % | [ ] N/A |
| (2) "OBRA '87" current liability | a(2) | 6.30 % | [ ] N/A |
| b Weighted average retirement age | 6b | 59 | [ ] N/A |

| | | | Pre-retirement | Post-retirement | |
|---|---|---|---|---|---|
| c Rates specified in insurance or annuity contracts | [ ] N/A | 6c | [ ] Yes [X] No | [ ] Yes [X] No | [ ] N/A |
| d Mortality table code for valuation purposes: | | | | | |
| (1) Males | | d(1) | 7 | 7 | |
| (2) Females | | d(2) | 7F | 7F | |
| e Valuation liability interest rate | [ ] N/A | 6e | 8.50 % | 8.50 % | [ ] N/A |
| f Expense loading | [ ] N/A | 6f | 32.2 % | % | [X] N/A |

| | | | Male | Female | |
|---|---|---|---|---|---|
| g Annual withdrawal rates: | | | | | |
| (1) Age 25 | | g(1) | 23.10 % | 30.80 % | |
| (2) Age 40 | | g(2) | 7.70 % | 10.50 % | |
| (3) Age 55 | | g(3) | 0.70 % | 1.80 % | |
| h Salary scale | [ ] N/A | 6h | 5.00 % | 5.00 % | [ ] N/A |

i Estimated investment return on actuarial value of assets for the year ending on the valuation date ........ 6i 9.3 %

7 New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8 Miscellaneous information:

a If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval ........ Month Day Year

Official Use Only

**8b** If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ ____________

**c** Is the plan required to provide a Schedule of Active Participant Data? If "Yes," attach schedule. (see instructions) ☒ Yes ☐ No

**9** Funding standard account statement for this plan year:

**Charges to funding standard account:**

| | | Outstanding Balance | Line | Amount |
|---|---|---|---|---|
| a | Prior year funding deficiency, if any | | 9a | |
| b | Employer's normal cost for plan year as of valuation date | | 9b | 14,452,483 |
| c | Amortization charges as of valuation date: | | | |
| | (1) All bases except funding waivers | ▶ ($ ) | c(1) | |
| | (2) Funding waivers | ▶ ($ ) | c(2) | |
| d | Interest as applicable on lines 9a, 9b, and 9c | | 9d | 1,228,461 |
| e | Additional interest charge due to late quarterly contributions, if applicable | | 9e | |
| f | Additional funding charge from Part II, line 12u, if applicable | ☐ N/A | 9f | |
| g | Total charges. Add lines 9a through 9f | | 9g | 15,680,944 |

**Credits to funding standard account:**

| | | Outstanding Balance | Line | Amount |
|---|---|---|---|---|
| h | Prior year credit balance, if any | | 9h | 35,370,161 |
| i | Employer contributions. Total from column (b) of line 3 | | 9i | |
| j | Amortization credits as of valuation date | ▶ ($ ) | 9j | |
| k | Interest as applicable to end of plan year on lines 9h, 9i, and 9j | | 9k | 3,006,464 |
| l | Full funding limitation (FFL) and credits | | | |
| | (1) ERISA FFL (accrued liability FFL) | l(1) | | |
| | (2) "OBRA '87" FFL (155% current liability FFL) | l(2) | | |
| | (3) "RPA '94" override (90% current liability FFL) | l(3) | | |
| | (4) FFL credit before reflecting "OBRA '87" FFL | | l(4) | 15,680,944 |
| | (5) Additional credit due to "OBRA '87" FFL | | l(5) | |
| m | (1) Waived funding deficiency | | m(1) | |
| | (2) Other credits | | m(2) | |
| n | Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | | 9n | 54,057,569 |
| o | Credit balance: If line 9n is greater than line 9g, enter the difference | | 9o | 38,376,625 |
| p | Funding deficiency: If line 9g is greater than line 9n, enter the difference | | 9p | |

**Reconciliation account:**

| | | | Line | Amount |
|---|---|---|---|---|
| q | Current year's accumulated reconciliation account: | | | |
| | (1) Due to additional funding charges as of the beginning of the plan year | q(1) | | |
| | (2) Due to additional interest charges as of the beginning of the plan year | q(2) | | |
| | (3) Due to waived funding deficiencies: | | | |
| | (a) Reconciliation outstanding balance as of valuation date | q(3)(a) | | |
| | (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) | q(3)(b) | | |
| | (4) Total as of valuation date | ▶ | q(4) | |

**10** Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable | 10 |

**11** Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions ☒ Yes ☐ No

Official Use Only

| | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **d** Employer-related investments: | | | |
| (1) Employer securities | d(1) | | |
| (2) Employer real property | d(2) | | |
| **e** Buildings and other property used in plan operation | e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) | f | 931,794,484 | 820,538,827 |
| **Liabilities** | | | |
| **g** Benefit claims payable | g | | |
| **h** Operating payables | h | | |
| **i** Acquisition indebtedness | i | | |
| **j** Other liabilities | j | 906,698 | 1,241,052 |
| **k** Total liabilities (add all amounts in lines 1g through 1j) | k | 906,698 | 1,241,052 |
| **Net Assets** | | | |
| **l** Net assets (subtract line 1k from line 1f) | l | 930,887,786 | 819,297,775 |

## Part II Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a** Contributions: | | | |
| (1) Received or receivable in cash from: (A) Employers | a(1)(A) | | |
| (B) Participants | a(1)(B) | 2,288,984 | |
| (C) Others (including rollovers) | a(1)(C) | | |
| (2) Noncash contributions | a(2) | | |
| (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 2,288,984 |
| **b** Earnings on investments: | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | | |
| (B) U.S. Government securities | b(1)(B) | | |
| (C) Corporate debt instruments: | (1)(C) | | |
| (D) Loans (other than to participants) | b(1)(D) | | |
| (E) Participant loans | b(1)(E) | | |
| (F) Other | b(1)(F) | | |
| (G) Total interest. Add lines 2b(1)(A) through (F) | b(1)(G) | | |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | b(2)(B) | | |
| (C) Total dividends. Add lines 2b(2)(A) and (B) | b(2)(C) | | |
| (3) Rents | b(3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | b(4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | b(4)(B) | | |
| (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | b(4)(C) | | |

Official Use Only

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (5) Unrealized appreciation (depreciation) of assets: (A) Real estate | b(5)(A) | | |
| (B) Other | b(5)(B) | | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | |
| (6) Net investment gain (loss) from common/collective trusts | b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | b(8) | | -53,933,773 |
| (9) Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| c Other income | c | | |
| d Total income. Add all **income** amounts in column (b) and enter total | d | | -51,644,789 |
| **Expenses** | | | |
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | e(1) | 57,874,378 | |
| (2) To insurance carriers for the provision of benefits | e(2) | 1,345 | |
| (3) Other | e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 57,875,723 |
| f Corrective distributions (see instructions) | f | | |
| g Certain deemed distributions of participant loans (see instructions) | g | | |
| h Interest expense | h | | |
| i Administrative expenses: (1) Professional fees | i(1) | 135,698 | |
| (2) Contract administrator fees | i(2) | 1,195,494 | |
| (3) Investment advisory and management fees | i(3) | | |
| (4) Other | i(4) | 738,307 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 2,069,499 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total | j | | 59,945,222 |
| **Net Income and Reconciliation** | | | |
| k Net income (loss) (subtract line 2j from line 2d) | k | | -111,590,011 |
| l Transfers of assets | | | |
| (1) To this plan | l(1) | | |
| (2) From this plan | l(2) | | |

**Part III Accountant's Opinion**

3 The opinion of an independent qualified public accountant for this plan is (see instructions):

a **Attached** to this Form 5500 and the opinion is – (1) ☐ Unqualified (2) ☒ Qualified (3) ☐ Disclaimer (4) ☐ Adverse

b **Not attached** because: (1) ☐ the Form 5500 is filed for a CCT, PSA or MTIA.

(2) ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

c Check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) ☒

d If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm) ▶

PRICEWATERHOUSECOOPERS

13-4008324

**TAB R**

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

Official Use Only
OMB Nos. 1210 - 0110
1210 - 0089

**2000**

**This Form is Open to Public Inspection**

## Part I Annual Report Identification Information

For the calendar plan year 2000 or fiscal plan year beginning December 01, 2000 , and ending November 30, 2001 ,

**A** This return/report is for: (1) [ ] a multiemployer plan; (2) [X] a single-employer plan (other than a multiple-employer plan); (3) [ ] a multiple-employer plan; or (4) [ ] a DFE (specify) ______

**B** This return/report is: (1) [ ] the first return/report filed for the plan; (2) [ ] an amended return/report; (3) [ ] the final return/report filed for the plan; (4) [ ] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ▶ [X]

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ▶ [X]

## Part II Basic Plan Information -- enter all requested information.

**1a** Name of plan
RAYTHEON BARGAINING RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶ 022

**1c** Effective date of plan (mo., day, yr.) December 17, 1997

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)
RAYTHEON COMPANY
141 SPRING STREET
LEXINGTON, MA 02421-7860

**2b** Employer Identification Number (EIN) 95-1778500

**2c** Sponsor's telephone number 781-860-2943

**2d** Business code (see instructions) 335900

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of plan administrator | Date: September 12, 2002 | Typed or printed name of individual signing as plan administrator: MICHAEL F. GARVEY |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date: September 12, 2002 | Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable: MICHAEL F. GARVEY |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v3.2 Form **5500** (2000)

pdf image by DATAIR Employee Benefit Systems
www.datair.com

re-creation by freeERISA.com, LLC

**SCHEDULE B**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ **Attach to Form 5500 or 5500-EZ if applicable.**
▶ **See separate instructions.**

Official Use Only

OMB No. 1210-0110

**2000**

**This Form is Open to Public Inspection (except when attached to Form 5500-EZ)**

For calendar plan year 2000 or fiscal plan year beginning **December 01, 2000** , and ending **November 30, 2001**

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**

▶ **Caution:** A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

**A** Name of plan
**RAYTHEON BARGAINING RETIREMENT PLAN**

**B** Three-digit plan number ... ▶ **022**

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ
**RAYTHEON COMPANY**

**D Employer Identification Number**
**95-1778500**

**E** Type of plan: (1) [X] Single-employer (2) [ ] Multiemployer (3) [ ] Multiple-employer

**F** [ ] 100 or fewer participants in prior plan year

## Part I Basic Information (To be completed by all plans)

**1a** Enter the actuarial valuation date: Month **12** Day **01** Year **2000**

| | | |
|---|---|---|
| **b** Assets: | | |
| (1) Current value of assets | b(1) | 820,481,910 |
| (2) Actuarial value of assets for funding standard account | b(2) | 901,048,824 |
| **c** (1) Accrued liability for plans using immediate gain methods | c(1) | 502,127,136 |
| (2) Information for plans using spread gain methods: | | |
| (a) Unfunded liability for methods with bases | c(2)(a) | |
| (b) Accrued liability under entry age normal method | c(2)(b) | |
| (c) Normal cost under entry age normal method | c(2)(c) | |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying schedules, statements and attachments, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable; in the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

Signature of actuary | Date

**JAMES A. WINER, A.S.A.** | **G 025008**

Print or type name of actuary | Most recent enrollment number

**MERCER HUMAN RESOURCE CONSULTING** | **617-450-6698**

Firm name | Telephone number (including area code)

**200 CLARENDON STREET**
**BOSTON, MA 02116**

Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions ........ [ ]

Official Use Only

**5** Actuarial cost method used as the basis for this plan year's funding standard account computation:

**a** ☐ Attained age normal **b** ☐ Entry age normal **c** ☒ Accrued benefit (unit credit)

**d** ☐ Aggregate **e** ☐ Frozen initial liability **f** ☐ Individual level premium

**g** ☐ Individual aggregate **h** ☐ Other (specify) ▶

**i** Has a change been made in funding method for this plan year? ☐ Yes ☒ No

**j** If line i is "Yes," was the change made pursuant to Revenue Procedure 2000-40? ☐ Yes ☐ No

**k** If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method Month Day Year

**6** Checklist of certain actuarial assumptions:

| | | | | |
|---|---|---|---|---|
| **a** Interest rates for: | | | | |
| (1) "RPA '94" current liability | a(1) | 6.23 % | | ☐ N/A |
| (2) "OBRA '87" current liability | a(2) | 6.23 % | | ☐ N/A |
| **b** Weighted average retirement age | 6b | 59 | | ☐ N/A |

| | | Pre-retirement | Post-retirement | |
|---|---|---|---|---|
| **c** Rates specified in insurance or annuity contracts ☐ N/A | 6c | ☐ Yes ☐ No | ☒ Yes ☐ No | ☐ N/A |
| **d** Mortality table code for valuation purposes: | | | | |
| (1) Males | d(1) | x | 7 | |
| (2) Females | d(2) | 7F | 7F | |
| **e** Valuation liability interest rate ☐ N/A | 6e | 8.50 % | 8.50 % | ☐ N/A |
| **f** Expense loading ☐ N/A | 6f | 30.3 % | % | ☒ N/A |

| | | Male | Female | |
|---|---|---|---|---|
| **g** Annual withdrawal rates: | | | | |
| (1) Age 25 | g(1) | 23.10 % | 30.80 % | |
| (2) Age 40 | g(2) | 7.70 % | 10.50 % | |
| (3) Age 55 | g(3) | 0.70 % | 1.80 % | |
| **h** Salary scale ☐ N/A | 6h | 4.50 % | 4.50 % | ☐ N/A |
| **i** Estimated investment return on actuarial value of assets for the year ending on the valuation date | 6i | | 6.7 % | |

**7** New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |

**8** Miscellaneous information:

**a** If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval Month Day Year

Official Use Only

**8b** If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ ____________

**c** Is the plan required to provide a Schedule of Active Participant Data? (see instructions) If "Yes," attach schedule ........ [X] Yes [ ] No

**9** Funding standard account statement for this plan year:

**Charges to funding standard account:**

| Line | Description | Outstanding Balance | Box | Amount |
|---|---|---|---|---|
| a | Prior year funding deficiency, if any | | 9a | |
| b | Employer's normal cost for plan year as of valuation date | | 9b | 13,547,277 |
| c | Amortization charges as of valuation date: | | | |
| | (1) All bases except funding waivers | ▶ ($ ) | c(1) | |
| | (2) Funding waivers | ▶ ($ ) | c(2) | |
| d | Interest as applicable on lines 9a, 9b, and 9c | | 9d | 1,151,519 |
| e | Additional interest charge due to late quarterly contributions, if applicable | | 9e | |
| f | Additional funding charge from Part II, line 12u, if applicable | [X] N/A | 9f | |
| g | Total charges. Add lines 9a through 9f | | 9g | 14,698,796 |

**Credits to funding standard account:**

| Line | Description | Outstanding Balance | Box | Amount |
|---|---|---|---|---|
| h | Prior year credit balance, if any | | 9h | 38,376,625 |
| i | Employer contributions. Total from column (b) of line 3 | | 9i | |
| j | Amortization credits as of valuation date | ▶ ($ ) | 9j | |
| k | Interest as applicable to end of plan year on lines 9h, 9i, and 9j | | 9k | 3,262,013 |
| l | Full funding limitation (FFL) and credits | | | |
| | (1) ERISA FFL (accrued liability FFL) | l(1) | | |
| | (2) "OBRA '87" FFL (155% current liability FFL) | l(2) | | |
| | (3) "RPA '94" override (90% current liability FFL) | l(3) | | |
| | (4) FFL credit before reflecting "OBRA '87" FFL | | l(4) | 14,698,796 |
| | (5) Additional credit due to "OBRA '87" FFL | | l(5) | |
| m | (1) Waived funding deficiency | | m(1) | |
| | (2) Other credits | | m(2) | |
| n | Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | | 9n | 56,337,434 |
| o | Credit balance: If line 9n is greater than line 9g, enter the difference | | 9o | 41,638,638 |
| p | Funding deficiency: If line 9g is greater than line 9n, enter the difference | | 9p | |

**Reconciliation account:**

| Line | Description | Sub-box | Box | Amount |
|---|---|---|---|---|
| q | Current year's accumulated reconciliation account: | | | |
| | (1) Due to additional funding charges as of the beginning of the plan year | q(1) | | |
| | (2) Due to additional interest charges as of the beginning of the plan year | q(2) | | |
| | (3) Due to waived funding deficiencies: | | | |
| | (a) Reconciliation outstanding balance as of valuation date | q(3)(a) | | |
| | (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) | q(3)(b) | | |
| | (4) Total as of valuation date | ▶ | q(4) | |

**10** Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable ........ **10**

**11** Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions .......... [X] Yes [ ] No

Official Use Only

| | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **d** Employer-related investments: | | | |
| (1) Employer securities | d(1) | | |
| (2) Employer real property | d(2) | | |
| **e** Buildings and other property used in plan operation | e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) | f | 820,538,827 | 702,129,735 |
| **Liabilities** | | | |
| **g** Benefit claims payable | g | | |
| **h** Operating payables | h | | |
| **i** Acquisition indebtedness | i | | |
| **j** Other liabilities | j | 1,241,052 | 1,522,157 |
| **k** Total liabilities (add all amounts in lines 1g through 1j) | k | 1,241,052 | 1,522,157 |
| **Net Assets** | | | |
| **l** Net assets (subtract line 1k from line 1f) | l | 819,297,775 | 700,607,578 |

## Part II Income and Expense Statement

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a** Contributions: | | | |
| (1) Received or receivable in cash from: (A) Employers | a(1)(A) | | |
| (B) Participants | a(1)(B) | 3,049,171 | |
| (C) Others (including rollovers) | a(1)(C) | | |
| (2) Noncash contributions | a(2) | | |
| (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 3,049,171 |
| **b** Earnings on investments: | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | | |
| (B) U.S. Government securities | b(1)(B) | | |
| (C) Corporate debt instruments: | (1)(C) | | |
| (D) Loans (other than to participants) | b(1)(D) | | |
| (E) Participant loans | b(1)(E) | | |
| (F) Other | b(1)(F) | | |
| (G) Total interest. Add lines 2b(1)(A) through (F) | b(1)(G) | | |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | b(2)(B) | | |
| (C) Total dividends. Add lines 2b(2)(A) and (B) | b(2)(C) | | |
| (3) Rents | b(3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | b(4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | b(4)(B) | | |
| (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | b(4)(C) | | |

Schedule H (Form 5500) 2000 Page **3**

Official Use Only

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (5) Unrealized appreciation (depreciation) of assets: (A) Real estate | b(5)(A) | | |
| (B) Other | b(5)(B) | | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | |
| (6) Net investment gain (loss) from common/collective trusts | b(6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | b(8) | | -62,077,297 |
| (9) Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| **c** Other income | c | | |
| **d** Total income. Add all **income** amounts in column (b) and enter total | d | | -59,028,126 |
| **Expenses** | | | |
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | e(1) | 57,457,387 | |
| (2) To insurance carriers for the provision of benefits | e(2) | | |
| (3) Other | e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 57,457,387 |
| **f** Corrective distributions (see instructions) | f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | g | | |
| **h** Interest expense | h | | |
| **i** Administrative expenses: (1) Professional fees | i(1) | 62,893 | |
| (2) Contract administrator fees | i(2) | 1,512,821 | |
| (3) Investment advisory and management fees | i(3) | | |
| (4) Other | i(4) | 628,970 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 2,204,684 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | j | | 59,662,071 |
| **Net Income and Reconciliation** | | | |
| **k** Net income (loss) (subtract line 2j from line 2d) | k | | -118,690,197 |
| **l** Transfers of assets | | | |
| (1) To this plan | l(1) | | |
| (2) From this plan | l(2) | | |

## Part III Accountant's Opinion

**3** The opinion of an independent qualified public accountant for this plan is (see instructions):

**a** **Attached** to this Form 5500 and the opinion is – (1) ☐ Unqualified (2) ☐ Qualified (3) ☒ Disclaimer (4) ☐ Adverse

**b** **Not attached** because: (1) ☐ the Form 5500 is filed for a CCT, PSA or MTIA.
(2) ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

**c** Also check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) ☒

**d** If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm) ▶

PRICEWATERHOUSECOOPERS

13-4008324

**TAB S**

1903730304616 9

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**(With 100 or more participants)**

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code. 1811

▶ See separate instructions.

OMB Nos. 1210-0016 1210-0089

**1997** P

**This Form Is Open to Public Inspection.**

For the calendar plan year 1997 or fiscal plan year beginning December 18, 1997, and ending November 30, 19 98

If A(1) through A(4), B, C, and/or D, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

**A** This return/report is: *(1)* ☒ the first return/report filed for the plan; *(2)* ☐ an amended return/report; *(3)* ☐ the final return/report filed for the plan; or *(4)* ☒ a short plan year return/report (less than 12 months).

**IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND INCLUDE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.**

**B** Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . ▶ ☐

**C** If your plan year changed since the last return/report, check here . . . ▶ ☐

**D** If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension . . . ▶ ☒

**1a** Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)

Raytheon Company
141 Spring St
Lexington, MA 02421

**1b** Employer identification number (EIN): 95 | 1778500

**1c** Sponsor's telephone number: (781) 860-2885

**1d** Business code (see instructions, page 20): 3670

**1e** CUSIP issuer number: 755111

**2a** Name and address of plan administrator (if same as plan sponsor, enter "Same")

same

**2b** Administrator's EIN

**2c** Administrator's telephone number

**3** If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

**a** Sponsor ............ EIN ............ Plan number ............

**b** Administrator ............ EIN ............

**c** If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

**4 ENTITY CODE.** (If not shown, enter the applicable code from page 8 of the instructions.) ▶ B

**5a** Name of plan ▶ Raytheon Non-Bargaining Retirement Plan

**5b** Effective date of plan (mo., day, yr.): 12/18/97

**5c** Three-digit plan number ▶ 021

**6 All filers must complete 6a through 6d, as applicable.**

**6a** ☐ Welfare benefit plan **6b** ☒ Pension benefit plan

(If the correct codes are not preprinted below, enter the applicable codes from page 8 of the instructions in the boxes.)

| 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**6c** Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 8 of the instructions in the boxes.)

| 1 | | | | | | | |
|---|---|---|---|---|---|---|---|

ANDOVER SERVICE CENTER IRS RECEIVED SEP 16 1999 MAIL

POSTMARK SEP 15 1999

**6d** ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ Eric D. Redo Date ▶ 9/15/99

Type or print name of individual signing above: Eric D. Redo, Director Benefits Finance

Signature of plan administrator ▶ Eric D. Redo Date ▶ 9/15/99

Type or print name of individual signing above: Eric D. Redo, Director Benefits Finance

**For Paperwork Reduction Act Notice, see the instructions for Form 5500.** MGA 1810 Form **5500** (1997)

32 Plan income, expenses, and changes in net assets for the plan year. *Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s), and any payments/receipts to/from insurance carriers.* Round off amounts to the nearest dollar; any other amounts are subject to rejection.

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a Contributions:** | | | |
| (1) Received or receivable from: | | | |
| (A) Employers | a(1)(A) | | |
| (B) Participants | (B) | 25,082,884 | |
| (C) Others plan transfer | (C) | 5,306,202,614 | |
| (2) Noncash contributions | (2) | | |
| (3) Total contributions. Add lines 32a(1)(A), (B), (C) and line 32a(2) ▶ | (3) | | 5,331,285,498 |
| **b Earnings on investments:** | | | |
| (1) Interest | | | |
| (A) Interest-bearing cash (including money market funds) | b(1)(A) | | |
| (B) Certificates of deposit | (B) | | |
| (C) U.S. Government securities | (C) | | |
| (D) Corporate debt instruments | (D) | | |
| (E) Mortgage loans | (E) | | |
| (F) Other loans | (F) | | |
| (G) Other interest | (G) | | |
| (H) Total interest. Add lines 32b(1)(A) through (G) ▶ | (H) | | 0 |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | (B) | | |
| (C) Total dividends. Add lines 32b(2)(A) and (B) ▶ | (C) | | 0 |
| (3) Rents | (3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | (4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | (B) | | |
| (C) Subtract (B) from (A) and enter result | (C) | | 0 |
| (5) Unrealized appreciation (depreciation) of assets | (5) | | |
| (6) Net investment gain (loss) from common/collective trusts | (6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | (7) | | |
| (8) Net investment gain (loss) from master trusts | (8) | | 99,575,077 |
| (9) Net investment gain (loss) from 103-12 investment entities | (9) | | |
| (10) Net investment gain (loss) from registered investment companies | (10) | | |
| c Other income | c | | |
| d Total income. Add all amounts in column (b) and enter total ▶ | d | | 5,430,860,575 |
| **Expenses** | | | |
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries | e(1) | 385,779,648 | |
| (2) To insurance carriers for the provision of benefits | (2) | | |
| (3) Other | (3) | | |
| (4) Total payments. Add lines 32e(1) through 32e(3) ▶ | (4) | | 385,779,648 |
| f Interest expense | f | | |
| g Administrative expenses: (1) Salaries and allowances | g(1) | | |
| (2) Accounting fees | (2) | | |
| (3) Actuarial fees | (3) | | |
| (4) Contract administrator fees | (4) | | |
| (5) Investment advisory and management fees | (5) | | |
| (6) Legal fees | (6) | | |
| (7) Valuation/appraisal fees | (7) | | |
| (8) Trustees fees/expenses (including travel, seminars, meetings, etc.) | (8) | | |
| (9) Other | (9) | | |
| (10) Total administrative expenses. Add lines 32g(1) through 32g(9) | (10) | | 0 |
| h Total expenses. Add lines 32e(4), 32f, and 32g(10) ▶ | h | | 385,779,648 |
| i Net income (loss). Subtract line 32h from line 32d ▶ | i | | 5,045,080,927 |
| j Transfers to (from) the plan (see instructions) | j | | |
| k Net assets at beginning of year (line 31l, column (a)) | k | | 0 |
| l Net assets at end of year (line 31l, column (b)) ▶ | l | | 5,045,080,927 |

| | Yes | No |
|---|---|---|
| 33 Did any employer sponsoring the plan pay any of the administrative expenses of the plan that were not reported on line 32g? | | X |

**SCHEDULE B (Form 5500)**

Department of the Treasury Internal Revenue Service
Department of Labor Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ Attach to Form 5500, 5500-C/R, or 5500-EZ if applicable.
▶ See separate instructions.

OMB No. 1210-0016

**1997**

**This Form is Open to Public Inspection (except when attached to Form 5500-EZ)**

For calendar plan year 1997 or fiscal plan year beginning December 17, 1997, and ending November 30, 19 98

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**
▶ **Caution:** A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

A Name of employer/plan sponsor as shown on line 1a of Form 5500, 5500-C/R, or 5500-EZ: **Raytheon Company**

B Employer identification number: 95 | 1778500

C Name of plan: **Raytheon Non-Bargaining Retirement Plan**

D Three-digit plan number ▶ 0 | 2 | 1

E Type of plan: (1) ☒ Single employer (2) ☐ Multiemployer (3) ☐ Multiple employer

F ☐ 100 or fewer participants in prior plan year

**Part I** Basic Information (To be completed by all plans)

1a Enter the actuarial valuation date: Month 12 Day 17 Year 97

| | | |
|---|---|---|
| b Assets: | | |
| (1) Current value of assets | b(1) | 4,962,341,474 |
| (2) Actuarial value of assets for funding standard account | b(2) | 4,157,018,907 |
| c (1) Accrued liability for plans using immediate gain methods | c(1) | 3,203,917,156 |
| (2) Information for plans using spread gain methods: | | |
| (a) Unfunded liability for methods with bases | c(2)(a) | N/A |
| (b) Accrued liability under entry age normal method | c(2)(b) | N/A |
| (c) Normal cost under entry age normal method | c(2)(c) | N/A |
| d Information on current liabilities of the plan: | | |
| (1) Amount excluded from current liability attributable to pre-participation service (see instructions) | d(1) | 0 |
| (2) "RPA '94" information: | | |
| (a) Current liability | d(2)(a) | 3,259,397,215 |
| (b) Expected increase in current liability due to benefits accruing during the plan year | d(2)(b) | 91,830,270 |
| (c) Current liability computed at highest allowable interest rate (see instructions) | d(2)(c) | 3,259,397,215 |
| (d) Expected release from "RPA '94" current liability for the plan year | d(2)(d) | N/A |
| (3) "OBRA '87" information: | | |
| (a) Current liability | d(3)(a) | 3,213,398,698 |
| (b) Expected increase in current liability due to benefits accruing during the plan year | d(3)(b) | 87,425,671 |
| (c) Expected release from "OBRA '87" current liability for the plan year | d(3)(c) | N/A |
| (4) Expected plan disbursements for the plan year | d(4) | 356,510,691 |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying statements, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable. In the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

[signature] — Signature of actuary | 9/03/99 — Date

Mark D. S. Byrne — Print or type name of actuary | G 9 9 — 6 0 5 2 — Most recent enrollment number

Towers Perrin — Firm name | (310) 551-5890 — Telephone number (including area code)

1925 Century Park East, Suite1500, Los Angeles CA 90067-2790 — Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions ☐

**2** Operational information as of beginning of this plan year:

**a** Current value of the assets (see instructions) . . . . . . . . **2a** 4,962,341,474

**b** "RPA '94" current liability:

| | (1) No. of Persons | (2) Vested Benefits | (3) Total Benefits |
|---|---|---|---|
| (1) For retired participants and beneficiaries receiving payments | 14,430 | 1,992,956,367 | 1,992,956,367 |
| (2) For terminated vested participants | 16,187 | 136,655,842 | 136,655,842 |
| (3) For active participants | 27,174 | 894,804,616 | 1,129,785,006 |
| (4) Total | 57,791 | 3,024,416,825 | 3,259,397,215 |

**c** If the percentage resulting from dividing line 2a by line 2b(4), column (3), is less than 70%, enter such percentage . . . . . **2c** N.A %

**3** Contributions made to the plan for the plan year by employer(s) and employees:

| (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees | (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees |
|---|---|---|---|---|---|
| 12/17/97 | 0 | 1,806,605 | 8/15/98 | 0 | 2,247,964 |
| 1/15/98 | 0 | 1,870,500 | 9/15/98 | 0 | 1,789,793 |
| 2/15/98 | 0 | 3,083,859 | 10/15/98 | 0 | 1,771,451 |
| 3/15/98 | 0 | 2,561,585 | 11/15/98 | 0 | 2,201,517 |
| 4/15/98 | 0 | 1,842,031 | | | |
| 5/15/98 | 0 | 1,816,795 | | | |
| 6/15/98 | 0 | 2,279,367 | | | |
| 7/15/98 | 0 | 1,811,418 | 3 Totals ▶ | (b) 0 | (c) 25,082,885 |

**4** Quarterly contributions and liquidity shortfall(s):

**a** Plans other than multiemployer plans, enter funded current liability percentage for preceding year (see instructions) . . . . . **4a** 119.0 %

**b** If line 4a is less than 100%, see instructions, and complete the following table as applicable:

| Liquidity shortfall as of end of Quarter of this plan year | | | |
|---|---|---|---|
| (1) 1st | (2) 2nd | (3) 3rd | (4) 4th |
| N/A | N/A | N/A | N/A |

**5** Actuarial cost method used as the basis for this plan year's funding standard account computation:

**a** ☐ Attained age normal **b** ☐ Entry age normal **c** ☒ Accrued benefit (unit credit)

**d** ☐ Aggregate **e** ☐ Frozen initial liability **f** ☐ Individual level premium

**g** ☐ Individual aggregate **h** ☐ Other (specify) ▶ ..........

**i** Has a change been made in funding method for this plan year? . . . . ☐ Yes ☒ No

**j** If line i is "Yes," was the change made pursuant to Revenue Procedure 95-51? . . . . ☐ Yes ☐ No

**k** If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method . . . . Month ____ Day ____ Year ____

**6** Checklist of certain actuarial assumptions:

**a** Interest rates for:

(1) "RPA '94" current liability . . . . . **a(1)** 7.26 %

(2) "OBRA '87" current liability . . . . . **a(2)** 7.47 %

**b** Weighted average retirement age . . . . . **6b** 63.0

| | | Pre-retirement | Post-retirement |
|---|---|---|---|
| c Rates specified in insurance or annuity contracts | 6c | ☐ Yes ☒ No | ☐ Yes ☒ No |
| d Mortality table code for valuation purposes: | | | |
| (1) Males | d(1) | 6 | 6 |
| (2) Females | d(2) | 6F | 6F |
| e Valuation liability interest rate | 6e | 8.50 % | 8.50 % |
| f Expense loading | 6f | 38.9 % | N.A % |

| | | Male | Female |
|---|---|---|---|
| g Annual withdrawal rates: | | | |
| (1) Age 25 | g(1) | U 9.50 % | U1 7.20 % |
| (2) Age 40 | g(2) | U 3.70 % | U 4.90 % |
| (3) Age 55 | g(3) | U 0.90 % | U 0.90 % |
| h Salary scale | 6h | 5.50 % | 5.50 % |

**i** Estimated investment return on actuarial value of assets for the year ending on the valuation date **6i** 17.7 %

7 New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |

8 Miscellaneous information:

a If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval . . . . . Month ........ Day ........ Year ........

b If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ ........................

c Is the plan required to provide a Schedule of Active Participant Data? (see instructions) . . . ☒ Yes ☐ No
If "Yes," attach schedule.

9 Funding standard account statement for this plan year:

**Charges to funding standard account:**

| | | Outstanding Balance | Line | Amount |
|---|---|---|---|---|
| a | Prior year funding deficiency, if any | | 9a | 0 |
| b | Employer's normal cost for plan year as of valuation date | | 9b | 88,583,901 |
| c | Amortization charges as of valuation date: | | | |
| | (1) All bases except funding waivers | ▶ ($ 0 ) | c(1) | 0 |
| | (2) Funding waivers | ▶ ($ 0 ) | c(2) | 0 |
| d | Interest as applicable on lines 9a, 9b, and 9c | | 9d | 7,529,632 |
| e | Additional interest charge due to late quarterly contributions, if applicable | | 9e | N/A |
| f | Additional funding charge from Part II, line 12u, if applicable | | 9f | 0 |
| g | Total charges. Add lines 9a through 9f | | 9g | 96,113,533 |
| | **Credits to funding standard account:** | | | |
| h | Prior year credit balance, if any | | 9h | 1,971,510 |
| i | Employer contributions. Total from column (b) of line 3 | | 9i | 0 |
| j | Amortization credits as of valuation date | ▶ ($ 0 ) | 9j | 0 |
| k | Interest as applicable to end of plan year on lines 9h, 9i, and 9j | | 9k | 160,596 |
| l | Full funding limitation (FFL) and credits | | | |
| | (1) ERISA FFL (accrued liability FFL) | l(1) 0 | | |
| | (2) "OBRA '87" FFL (150% current liability FFL) | l(2) 630,806,888 | | |
| | (3) "RPA '94" override (90% current liability FFL) | l(3) 0 | | |
| | (4) FFL credit before reflecting "OBRA '87" FFL | | l(4) | 96,113,533 |
| | (5) Additional credit due to "OBRA '87" FFL | | l(5) | 0 |
| m | (1) Waived funding deficiency | | m(1) | 0 |
| | (2) Other credits | | m(2) | 0 |
| n | Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | | 9n | 98,245,639 |
| o | Credit balance: If line 9n is greater than line 9g, enter the difference | | 9o | 2,132,106 |
| p | Funding deficiency: If line 9g is greater than line 9n, enter the difference | | 9p | 0 |
| | **Reconciliation account:** | | | |
| q | Current year's accumulated reconciliation account: | | | |
| | (1) Due to additional funding charges as of the beginning of the plan year | q(1) 0 | | |
| | (2) Due to additional interest charges as of the beginning of the plan year | q(2) 0 | | |
| | (3) Due to waived funding deficiencies: | | | |
| | (a) Reconciliation outstanding balance as of valuation date | q(3)(a) 0 | | |
| | (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) | q(3)(b) 0 | | |
| | (4) Total as of valuation date ▶ | | q(4) | 0 |

10 Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable . . . . 10 | 0

11 Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions. ☒ Yes ☐ No

# RAYTHEON NON-BARGAINING RETIREMENT PLAN

## NOTES TO FINANCIAL STATEMENTS, CONTINUED

As of December 18, 1997, the most recent valuation date, the actuarial present value of accumulated plan benefits is as follows:

| | |
|---|---|
| Actuarial present value of accumulated plan benefits: | |
| Vested benefits: | |
| Retirees and beneficiaries | $1,776,733,000 |
| Terminated vested participants | 141,230,000 |
| Active employees | 649,508,000 |
| | 2,567,471,000 |
| Non-vested benefits | 245,268,000 |
| Total actuarial present value of accumulated plan benefits | $2,812,739,000 |
| Accumulated participant contributions with interest | $422,797,282 |

4. **Funding Policy:**

The employer's contributions are designed to fund the Plan's current service costs on a current basis and to generally fund over 20 years the estimated accrued benefit cost arising from qualifying service before the valuation date. Investment yield serves to reduce or increase future contributions that would otherwise be required to provide for the defined level of benefits under the Plan. Based on the minimum funding requirements of ERISA, the Company was not required to, and did not, make a contribution for the plan year ended November 30, 1998.

5. **Summary of Information Certified by the Trustee:**

The following is a summary of the information certified by the trustee at November 30, 1998:

| Investments at Fair Value | 1998 |
|---|---|
| Interest in Master Trust | $ 3,495,558,609 |
| **Changes in Net Assets** | |
| Master Trust investment income | $ 126,955,568 |

6. **Significant Investments:**

At November 30, 1998, the Plan's investment in the Master Trust of $3,495,558,609 exceeds 5% of the net assets available for plan benefits.

Continued

**TAB T**

19037281006020

Form **5500**
Department of the Treasury Internal Revenue Service
Department of Labor Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan
**(With 100 or more participants)**

This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code.
▶ See separate instructions.

OMB Nos. 1210-0016 1210-0089

**1998**

This Form Is Open to Public Inspection.

For the calendar plan year 1998 or fiscal plan year beginning December 1, 1998, and ending November 30, 1999

If *A(1)* through *A(4)*, *B*, *C*, and/or *D*, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID

A This return/report is: *(1)* ☐ the first return/report filed for the plan; *(2)* ☐ an amended return/report; *(3)* ☐ the final return/report filed for the plan; or *(4)* ☐ a short plan year return/report (less than 12 months).

B Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . . . . . . . ▶ ☐
C If your plan year changed since the last return/report, check here . . . . . . . . . ▶ ☐
D If you filed for an extension of time to file this return/report, check here and attach a copy of the extension . . . . . . ▶ ☒

1a Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)
Raytheon Company
141 Spring St
Lexington, MA 02421

1b Employer identification number (EIN): 95 | 1778500
1c Sponsor's telephone number: (781) 860-2885
1d Business code (see instructions, page 20): 335900
1e CUSIP issuer number: 755111

2a Name and address of plan administrator (if same as plan sponsor, enter "Same")
same

2b Administrator's EIN
2c Administrator's telephone number

3 If the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

a Sponsor ........ EIN ........ Plan number ........
b Administrator ........ EIN ........
c If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 8 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ▶

4 ENTITY CODE. (If not shown, enter the applicable code from page 8 of the instructions.) ▶ B

5a Name of plan ▶ Raytheon Non-Bargaining Retirement Plan
5b Effective date of plan (mo., day, yr.) 12/18/1997
5c Three-digit plan number ▶ 021

All filers must complete 6a through 6d, as applicable.
6a ☐ Welfare benefit plan 6b ☒ Pension benefit plan
(Enter the applicable codes from page 8 of the instructions in the boxes.) 1

RECEIVED IRS 19 SEP 2000 MAIL IRS CENTER AT BROOKHAVEN HOLTSVILLE, NY 11742

6c Pension plan features. (Enter the applicable pension plan feature codes from page 8 of the instructions in the boxes.) 1

6d ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** *A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.*

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ▶ [signature] Date ▶ 9/13/2000
Type or print name of individual signing above: Eric D. Redo, Director Benefits Finance
Signature of plan administrator ▶ [signature] Date ▶ 9/13/2000
Type or print name of individual signing above: Eric D. Redo, Director Benefits Finance

0476

For Paperwork Reduction Act Notice, see the instructions for Form 5500. MGA Form **5500** (1998)

32 Plan income, expenses, and changes in net assets for the plan year. *Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s), and any payments/receipts to/from insurance carriers.* Round off amounts to the nearest dollar; any other amounts are subject to rejection.

| Income | | (a) Amount | (b) Total |
|---|---|---|---|
| **a** Contributions: | | | |
| (1) Received or receivable from: | | | |
| (A) Employers | a(1)(A) | | |
| (B) Participants | (B) | 24,965,901 | |
| (C) Others plan transfer | (C) | 713,757 | |
| (2) Noncash contributions | (2) | | |
| (3) Total contributions. Add lines 32a(1)(A), (B), (C) and line 32a(2) ▶ | (3) | | 25,679,658 |
| **b** Earnings on investments: | | | |
| (1) Interest | | | |
| (A) Interest-bearing cash (including money market funds) | b(1)(A) | | |
| (B) Certificates of deposit | (B) | | |
| (C) U.S. Government securities | (C) | | |
| (D) Corporate debt instruments | (D) | | |
| (E) Mortgage loans | (E) | | |
| (F) Other loans | (F) | | |
| (G) Other interest | (G) | | |
| (H) Total interest. Add lines 32b(1)(A) through (G) ▶ | (H) | | 0 |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | (B) | | |
| (C) Total dividends. Add lines 32b(2)(A) and (B) ▶ | (C) | | 0 |
| (3) Rents | (3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | (4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | (B) | | |
| (C) Subtract (B) from (A) and enter result | (C) | | 0 |
| (5) Unrealized appreciation (depreciation) of assets | (5) | | |
| (6) Net investment gain (loss) from common/collective trusts | (6) | | |
| (7) Net investment gain (loss) from pooled separate accounts | (7) | | |
| (8) Net investment gain (loss) from master trusts | (8) | | 646,381,645 |
| (9) Net investment gain (loss) from 103-12 investment entities | (9) | | |
| (10) Net investment gain (loss) from registered investment companies | (10) | | |
| **c** Other income | c | | |
| **d** Total income. Add all amounts in column (b) and enter total ▶ | d | | 672,061,303 |
| **Expenses** | | | |
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries | e(1) | 399,532,649 | |
| (2) To insurance carriers for the provision of benefits | (2) | | |
| (3) Other | (3) | | |
| (4) Total payments. Add lines 32e(1) through 32e(3) ▶ | (4) | | 399,532,649 |
| **f** Interest expense | f | | |
| **g** Administrative expenses: (1) Salaries and allowances | g(1) | | |
| (2) Accounting fees | (2) | | |
| (3) Actuarial fees | (3) | | |
| (4) Contract administrator fees | (4) | | |
| (5) Investment advisory and management fees | (5) | | |
| (6) Legal fees | (6) | | |
| (7) Valuation/appraisal fees | (7) | | |
| (8) Trustees fees/expenses (including travel, seminars, meetings, etc.) | (8) | | |
| (9) Other | (9) | | |
| (10) Total administrative expenses. Add lines 32g(1) through 32g(9) | (10) | | 0 |
| **h** Total expenses. Add lines 32e(4), 32f, and 32g(10) ▶ | h | | 399,532,649 |
| **i** Net income (loss). Subtract line 32h from line 32d ▶ | i | | 272,528,654 |
| **j** Transfers to (from) the plan (see instructions) | j | | |
| **k** Net assets at beginning of year (line 31l, column (a)) | k | | 5,045,080,927 |
| **l** Net assets at end of year (line 31l, column (b)) ▶ | l | | 5,317,609,581 |

| | Yes | No |
|---|---|---|
| 33 Did any employer sponsoring the plan pay any of the administrative expenses of the plan that were not reported on line 32g? | | X |

**SCHEDULE B (Form 5500)**

Department of the Treasury Internal Revenue Service
Department of Labor Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ Attach to Form 5500, 5500-C/R, or 5500-EZ if applicable.
▶ See separate instructions.

OMB No. 1210-0016

**1998**

This Form is Open to Public Inspection (except when attached to Form 5500-EZ)

For calendar plan year 1998 or fiscal plan year beginning December 1, 1998, and ending November 30, 1999

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**
▶ **Caution:** *A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.*

A Name of employer/plan sponsor as shown on line 1a of Form 5500, 5500-C/R, or 5500-EZ: Raytheon Company

B Employer identification number: 95 | 1778500

C Name of plan: Raytheon Non-Bargaining Retirement Plan

D Three-digit plan number ▶ 0 | 2 | 1

E Type of plan: (1) [X] Single employer (2) [ ] Multiemployer (3) [ ] Multiple employer

F [ ] 100 or fewer participants in prior plan year

**Part I Basic Information** (To be completed by all plans)

1a Enter the actuarial valuation date: Month 12 Day 1 Year 1998

| | | |
|---|---|---|
| **b** Assets: | | |
| (1) Current value of assets | b(1) | 5,048,285,157 |
| (2) Actuarial value of assets for funding standard account | b(2) | 5,048,285,157 |
| **c** (1) Accrued liability for plans using immediate gain methods | c(1) | 3,669,777,809 |
| (2) Information for plans using spread gain methods: | | |
| (a) Unfunded liability for methods with bases | c(2)(a) | N/A |
| (b) Accrued liability under entry age normal method | c(2)(b) | N/A |
| (c) Normal cost under entry age normal method | c(2)(c) | N/A |
| **d** Information on current liabilities of the plan: | | |
| (1) Amount excluded from current liability attributable to pre-participation service (see instructions) | d(1) | 0 |
| (2) "RPA '94" information: | | |
| (a) Current liability | d(2)(a) | 3,919,703,976 |
| (b) Expected increase in current liability due to benefits accruing during the plan year | d(2)(b) | 144,457,649 |
| (c) Current liability computed at highest allowable interest rate (see instructions) | d(2)(c) | 3,919,703,976 |
| (d) Expected release from "RPA '94" current liability for the plan year | d(2)(d) | N/A |
| (3) "OBRA '87" information: | | |
| (a) Current liability | d(3)(a) | 3,919,703,976 |
| (b) Expected increase in current liability due to benefits accruing during the plan year | d(3)(b) | 144,457,649 |
| (c) Expected release from "OBRA '87" current liability for the plan year | d(3)(c) | N/A |
| (4) Expected plan disbursements for the plan year | d(4) | 372,668,926 |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying statements, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable. In the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

James A. Winer
Signature of actuary

August 30, 2000
Date

James A. Winer
Print or type name of actuary

G 9 9 — 5 0 0 8
Most recent enrollment number

William M. Mercer, Incorporated
Firm name

(617) 450-6000
Telephone number (including area code)

200 Clarendon Street, Boston MA 02116
Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions [ ]



NONBARG RW8

EIN 95-1778500 / PN 021



**2** Operational information as of beginning of this plan year:

**a** Current value of the assets (see instructions) . . . . . . . **2a** 5,048,285,157

**b** "RPA '94" current liability:

| | (1) No. of Persons | (2) Vested Benefits | (3) Total Benefits |
|---|---|---|---|
| (1) For retired participants and beneficiaries receiving payments | 15,294 | 2,126,292,117 | 2,126,292,117 |
| (2) For terminated vested participants | 19,179 | 226,779,972 | 226,779,972 |
| (3) For active participants | 25,218 | 1,045,684,545 | 1,566,631,887 |
| (4) Total | 59,691 | 3,398,756,634 | 3,919,703,976 |

**c** If the percentage resulting from dividing line 2a by line 2b(4), column (3), is less than 70%, enter such percentage . . . . . **2c** N.A %

**3** Contributions made to the plan for the plan year by employer(s) and employees:

| (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees | (a) Month-Day-Year | (b) Amount paid by employer | (c) Amount paid by employees |
|---|---|---|---|---|---|
| 12/18/1998 | 0 | 1,715,535 | 8/15/1999 | 0 | 2,101,399 |
| 1/15/1999 | 0 | 2,054,278 | 9/15/1999 | 0 | 1,630,366 |
| 2/15/1999 | 0 | 2,036,548 | 10/15/1999 | 0 | 3,228,179 |
| 3/15/1999 | 0 | 2,775,595 | 11/15/1999 | 0 | 1,690,346 |
| 4/15/1999 | 0 | 1,658,218 | | | |
| 5/15/1999 | 0 | 2,077,812 | | | |
| 6/15/1999 | 0 | 1,698,921 | | | |
| 7/15/1999 | 0 | 1,624,962 | 3 Totals . ▶ | (b) 0 | (c) 24,292,159 |

**4** Quarterly contributions and liquidity shortfall(s):

**a** Plans other than multiemployer plans, enter funded current liability percentage for preceding year (see instructions) . . . . . **4a** 127.5 %

**b** If line 4a is less than 100%, see instructions, and complete the following table as applicable:

| Liquidity shortfall as of end of Quarter of this plan year | | | |
|---|---|---|---|
| (1) 1st | (2) 2nd | (3) 3rd | (4) 4th |
| N/A | N/A | N/A | N/A |

**5** Actuarial cost method used as the basis for this plan year's funding standard account computation:

**a** ☐ Attained age normal **b** ☐ Entry age normal **c** ☒ Accrued benefit (unit credit)

**d** ☐ Aggregate **e** ☐ Frozen initial liability **f** ☐ Individual level premium

**g** ☐ Individual aggregate **h** ☐ Other (specify) ▶ ..........

**i** Has a change been made in funding method for this plan year? . . . . . ☒ Yes ☐ No

**j** If line i is "Yes," was the change made pursuant to Revenue Procedure 95-51? . . . . . ☒ Yes ☐ No

**k** If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method . . . . . Month Day Year

**6** Checklist of certain actuarial assumptions:

**a** Interest rates for:

(1) "RPA '94" current liability . . . . . **a(1)** 6.67 %

(2) "OBRA '87" current liability . . . . . **a(2)** 6.67 %

**b** Weighted average retirement age . . . . . **6b** 61

| | | Pre-retirement | Post-retirement |
|---|---|---|---|
| c Rates specified in insurance or annuity contracts | 6c | ☐ Yes ☒ No | ☐ Yes ☒ No |
| d Mortality table code for valuation purposes: | | | |
| (1) Males | d(1) | 7 | 7 |
| (2) Females | d(2) | 7 | 7 |
| e Valuation liability interest rate | 6e | 8.50 % | 8.50 % |
| f Expense loading | 6f | 30.6 % | N.A % |

| | | Male | Female |
|---|---|---|---|
| g Annual withdrawal rates: | | | |
| (1) Age 25 | g(1) | U 9.50 % | U1 7.20 % |
| (2) Age 40 | g(2) | U 3.70 % | U 4.90 % |
| (3) Age 55 | g(3) | U 0.90 % | U 0.90 % |
| h Salary scale | 6h | 5.00 % | 5.00 % |

**i** Estimated investment return on actuarial value of assets for the year ending on the valuation date **6i** 10.0 %

EIN 95-1778500 / PN 021



7 New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8 Miscellaneous information:

a If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval . . . Month ______ Day ______ Year ______

b If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ ______

c Is the plan required to provide a Schedule of Active Participant Data? (see instructions) . . . ☒ Yes ☐ No
If "Yes," attach schedule.

9 Funding standard account statement for this plan year:

**Charges to funding standard account:**

| | | | Line | Amount |
|---|---|---|---|---|
| a | Prior year funding deficiency, if any | | 9a | 0 |
| b | Employer's normal cost for plan year as of valuation date | | 9b | 107,596,613 |
| c | Amortization charges as of valuation date: | Outstanding Balance | | |
| | (1) All bases except funding waivers | ▶ ($ 0 ) | c(1) | 0 |
| | (2) Funding waivers | ▶ ($ 0 ) | c(2) | 0 |
| d | Interest as applicable on lines 9a, 9b, and 9c | | 9d | 9,145,712 |
| e | Additional interest charge due to late quarterly contributions, if applicable | | 9e | N/A |
| f | Additional funding charge from Part II, line 12u, if applicable | | 9f | 0 |
| g | Total charges. Add lines 9a through 9f | | 9g | 116,742,325 |
| | **Credits to funding standard account:** | | | |
| h | Prior year credit balance, if any | | 9h | 2,132,106 |
| i | Employer contributions. Total from column (b) of line 3 | | 9i | 0 |
| | | Outstanding Balance | | |
| j | Amortization credits as of valuation date | ▶ ($ 0 ) | 9j | 0 |
| k | Interest as applicable to end of plan year on lines 9h, 9i, and 9j | | 9k | 181,229 |
| l | Full funding limitation (FFL) and credits | | | |
| | (1) ERISA FFL (accrued liability FFL) | l(1) 0 | | |
| | (2) "OBRA '87" FFL (150% current liability FFL) | l(2) 838,641,674 | | |
| | (3) "RPA '94" override (90% current liability FFL) | l(3) 0 | | |
| | (4) FFL credit before reflecting "OBRA '87" FFL | | l(4) | 116,742,325 |
| | (5) Additional credit due to "OBRA '87" FFL | | l(5) | 0 |
| m | (1) Waived funding deficiency | | m(1) | 0 |
| | (2) Other credits | | m(2) | 0 |
| n | Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | | 9n | 119,055,660 |
| o | Credit balance: If line 9n is greater than line 9g, enter the difference | | 9o | 2,313,335 |
| p | Funding deficiency: If line 9g is greater than line 9n, enter the difference | | 9p | 0 |
| | **Reconciliation account:** | | | |
| q | Current year's accumulated reconciliation account: | | | |
| | (1) Due to additional funding charges as of the beginning of the plan year | q(1) 0 | | |
| | (2) Due to additional interest charges as of the beginning of the plan year | q(2) 0 | | |
| | (3) Due to waived funding deficiencies: | | | |
| | (a) Reconciliation outstanding balance as of valuation date | q(3)(a) 0 | | |
| | (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) | q(3)(b) 0 | | |
| | (4) Total as of valuation date ▶ | | q(4) | 0 |

10 Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable . . . . 10 | 0

11 Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions. ☒ Yes ☐ No

**TAB U**

Form **5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

# Annual Return/Report of Employee Benefit Plan

**This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).**

**▶ Complete all entries in accordance with the instructions to the Form 5500.**

Official Use Only
OMB Nos. 1210-0110
1210-0089

**1999**

**This Form is Open to Public Inspection**

## Part I Annual Report Identification Information

**For the calendar plan year 1999 or fiscal plan year beginning** December 01, 1999 , **and ending** November 30, 2000 ,

**A** This return/report is for:
- (1) ☐ a multiemployer plan;
- (2) ☐ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan;
- (4) ☐ a DFE (specify) ________

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ an amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ▶ ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ▶ ☒

## Part II Basic Plan Information -- enter all requested information.

**1a** Name of plan
RAYTHEON NON-BARGAINING RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶ 021

**1c** Effective date of plan (mo., day, yr.)
December 17, 1997

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

RAYTHEON COMPANY

141 SPRING STREET

LEXINGTON, MA 02421-7860

**2b** Employer Identification Number (EIN)
95-1778500

**2c** Sponsor's telephone number
781-860-2943

**2d** Business code (see instructions)
335900

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of plan administrator | Date | MICHAEL F. GARVEY<br>Typed or printed name of individual signing as plan administrator |
|---|---|---|
| Signature of employer/plan sponsor/DFE | Date | MICHAEL F. GARVEY<br>Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable |

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.** v2.3 Form **5500** (1999)

Official Use Only

**SCHEDULE B (Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

# Actuarial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA, except when attached to Form 5500-EZ and, in all cases, under section 6059(a) of the Internal Revenue Code, referred to as the Code.

▶ **Attach to Form 5500 or 5500-EZ if applicable.**

▶ **See separate instructions.**

OMB No. 1210-0110

**1999**

**This Form is Open to Public Inspection (except when attached to Form 5500-EZ)**

For calendar plan year 1999 or fiscal plan year beginning **December 01, 1999** , and ending **November 30, 2000** ,

▶ **If an item does not apply, enter "N/A."** ▶ **Round off amounts to nearest dollar.**

▶ **Caution:** A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

**A** Name of plan
**RAYTHEON NON-BARGAINING RETIREMENT PLAN**

**B** Three-digit plan number ▶ **021**

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ
**RAYTHEON COMPANY**

**D Employer Identification Number**
**95-1778500**

**E** Type of plan: (1) [X] Single-employer (2) [ ] Multiemployer (3) [ ] Multiple-employer

**F** [ ] 100 or fewer participants in prior plan year

**Part I** **Basic Information** (To be completed by all plans)

**1a** Enter the actuarial valuation date: Month **12** Day **01** Year **1999**

| | | |
|---|---|---|
| **b** Assets: | | |
| (1) Current value of assets | b(1) | 5,321,652,566 |
| (2) Actuarial value of assets for funding standard account | b(2) | 5,116,023,466 |
| **c** (1) Accrued liability for plans using immediate gain methods | c(1) | 3,732,662,714 |
| (2) Information for plans using spread gain methods: | | |
| (a) Unfunded liability for methods with bases | c(2)(a) | |
| (b) Accrued liability under entry age normal method | c(2)(b) | |
| (c) Normal cost under entry age normal method | c(2)(c) | |

**Statement by Enrolled Actuary (see instructions before signing):**

To the best of my knowledge, the information supplied in this schedule and on the accompanying schedules, statements and attachments, if any, is complete and accurate, and in my opinion each assumption used in combination, represents my best estimate of anticipated experience under the plan. Furthermore, in the case of a plan other than a multiemployer plan, each assumption used (a) is reasonable (taking into account the experience of the plan and reasonable expectations) or (b) would, in the aggregate, result in a total contribution equivalent to that which would be determined if each such assumption were reasonable; in the case of a multiemployer plan, the assumptions used, in the aggregate, are reasonable (taking into account the experience of the plan and reasonable expectations).

Signature of actuary — Date

**JAMES A. WINER, A.S.A.**
Print or type name of actuary

**G** **995008**
Most recent enrollment number

**WILLIAM M. MERCER, INCORPORATED**
Firm name

**617-450-6698**
Telephone number (including area code)

**200 CLARENDON STREET**
**BOSTON, MA 02116**
Address of the firm

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions ☐

5 Actuarial cost method used as the basis for this plan year's funding standard account computation:

a [ ] Attained age normal b [ ] Entry age normal c [X] Accrued benefit (unit credit)

d [ ] Aggregate e [ ] Frozen initial liability f [ ] Individual level premium

g [ ] Individual aggregate h [ ] Other (specify) ▶

i Has a change been made in funding method for this plan year? [ ] Yes [X] No

j If line i is "Yes," was the change made pursuant to Revenue Procedure 95-51 as modified by Revenue Procedure 98-10? [ ] Yes [ ] No

k If line i is "Yes," and line j is "No" enter the date of the ruling letter (individual or class) approving the change in funding method Month Day Year

6 Checklist of certain actuarial assumptions:

a Interest rates for:

| | | | |
|---|---|---|---|
| (1) "RPA '94" current liability | a(1) | 6.30 % | [ ] N/A |
| (2) "OBRA '87" current liability | a(2) | 6.30 % | [ ] N/A |
| b Weighted average retirement age | 6b | 61 | [ ] N/A |

| | | Pre-retirement | Post-retirement | |
|---|---|---|---|---|
| c Rates specified in insurance or annuity contracts [ ] N/A | 6c | [ ] Yes [X] No | [ ] Yes [X] No | [ ] N/A |
| d Mortality table code for valuation purposes: | | | | |
| (1) Males | d(1) | 7 | 7 | |
| (2) Females | d(2) | 7F | 7F | |
| e Valuation liability interest rate [ ] N/A | 6e | 8.50 % | 8.50 % | [ ] N/A |
| f Expense loading [ ] N/A | 6f | 25.0 % | % | [X] N/A |

| | | Male | Female | |
|---|---|---|---|---|
| g Annual withdrawal rates: | | | | |
| (1) Age 25 | g(1) | 9.50 % | 17.20 % | |
| (2) Age 40 | g(2) | 3.70 % | 4.90 % | |
| (3) Age 55 | g(3) | 0.90 % | 0.90 % | |
| h Salary scale [ ] N/A | 6h | 5.00 % | 5.00 % | [ ] N/A |
| i Estimated investment return on actuarial value of assets for the year ending on the valuation date | 6i | | 9.6 % | |

7 New amortization bases established in the current plan year:

| (1) Type of Base | (2) Initial Balance | (3) Amortization Charge/Credit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8 Miscellaneous information:

a If a waiver of a funding deficiency or an extension of an amortization period has been approved for this plan year, enter the date of the ruling letter granting the approval Month Day Year

Official Use Only

| | | | |
|---|---|---|---|
| **8b** | If one or more alternative methods or rules (as listed in the instructions) were used for this plan year, enter the appropriate code in accordance with the instructions ▶ | | |
| **c** | Is the plan required to provide a Schedule of Active Participant Data? If "Yes," attach schedule. (see instructions) | | [X] Yes [ ] No |
| **9** | Funding standard account statement for this plan year: | | |
| | **Charges to funding standard account:** | | |
| **a** | Prior year funding deficiency, if any | 9a | |
| **b** | Employer's normal cost for plan year as of valuation date | 9b | 106,455,574 |
| **c** | Amortization charges as of valuation date: Outstanding Balance | | |
| | (1) All bases except funding waivers ▶ ($ ) | c(1) | |
| | (2) Funding waivers ▶ ($ ) | c(2) | |
| **d** | Interest as applicable on lines 9a, 9b, and 9c | 9d | 9,048,724 |
| **e** | Additional interest charge due to late quarterly contributions, if applicable | 9e | |
| **f** | Additional funding charge from Part II, line 12u, if applicable [ ] N/A | 9f | |
| **g** | Total charges. Add lines 9a through 9f | 9g | 115,504,298 |
| | **Credits to funding standard account:** | | |
| **h** | Prior year credit balance, if any | 9h | 2,313,335 |
| **i** | Employer contributions. Total from column (b) of line 3 | 9i | |
| **j** | Amortization credits as of valuation date ▶ ($ ) (Outstanding Balance) | 9j | |
| **k** | Interest as applicable to end of plan year on lines 9h, 9i, and 9j | 9k | 196,633 |
| **l** | Full funding limitation (FFL) and credits | | |
| | (1) ERISA FFL (accrued liability FFL) — l(1) | | |
| | (2) "OBRA '87" FFL (155% current liability FFL) — l(2) 1,341,067,120 | | |
| | (3) "RPA '94" override (90% current liability FFL) — l(3) | | |
| | (4) FFL credit before reflecting "OBRA '87" FFL | l(4) | 115,504,298 |
| | (5) Additional credit due to "OBRA '87" FFL | l(5) | |
| **m** | (1) Waived funding deficiency | m(1) | |
| | (2) Other credits | m(2) | |
| **n** | Total credits. Add lines 9h through 9k, 9l(4), 9l(5), 9m(1), and 9m(2) | 9n | 118,014,266 |
| **o** | Credit balance: If line 9n is greater than line 9g, enter the difference | 9o | 2,509,968 |
| **p** | Funding deficiency: If line 9g is greater than line 9n, enter the difference | 9p | |
| | **Reconciliation account:** | | |
| **q** | Current year's accumulated reconciliation account: | | |
| | (1) Due to additional funding charges as of the beginning of the plan year — q(1) | | |
| | (2) Due to additional interest charges as of the beginning of the plan year — q(2) | | |
| | (3) Due to waived funding deficiencies: | | |
| | (a) Reconciliation outstanding balance as of valuation date — q(3)(a) | | |
| | (b) Reconciliation amount. Line 9c(2) balance minus line 9q(3)(a) — q(3)(b) | | |
| | (4) Total as of valuation date ▶ | q(4) | |
| **10** | Contribution necessary to avoid an accumulated funding deficiency. Enter the amount in line 9p or the amount required under the alternative funding standard account if applicable | 10 | |
| **11** | Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions | | [X] Yes [ ] No |

Official Use Only

| | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **d** Employer-related investments: | | | |
| (1) Employer securities | d(1) | | |
| (2) Employer real property | d(2) | | |
| **e** Buildings and other property used in plan operation | e | | |
| **f** Total assets (add all amounts in lines 1a through 1e) | f | 5,322,362,408 | 4,635,553,534 |
| **Liabilities** | | | |
| **g** Benefit claims payable | g | | |
| **h** Operating payables | h | | |
| **i** Acquisition indebtedness | i | | |
| **j** Other liabilities | j | 4,752,827 | 6,749,973 |
| **k** Total liabilities (add all amounts in lines 1g through 1j) | k | 4,752,827 | 6,749,973 |
| **Net Assets** | | | |
| **l** Net assets (subtract line 1k from line 1f) | l | 5,317,609,581 | 4,628,803,561 |

**Part II Income and Expense Statement**

**2** Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| **Income** | | (a) Amount | (b) Total |
|---|---|---|---|
| **a Contributions:** | | | |
| (1) Received or receivable in cash from: (A) Employers | a(1)(A) | | |
| (B) Participants | a(1)(B) | 20,983,972 | |
| (C) Others (including rollovers) | a(1)(C) | | |
| (2) Noncash contributions | a(2) | | |
| (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | 20,983,972 |
| **b Earnings on investments:** | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | | |
| (B) U.S. Government securities | b(1)(B) | | |
| (C) Corporate debt instruments: | (1)(C) | | |
| (D) Loans (other than to participants) | b(1)(D) | | |
| (E) Participant loans | b(1)(E) | | |
| (F) Other | b(1)(F) | | |
| (G) Total interest. Add lines 2b(1)(A) through (F) | b(1)(G) | | |
| (2) Dividends: (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | b(2)(B) | | |
| (C) Total dividends. Add lines 2b(2)(A) and (B) | b(2)(C) | | |
| (3) Rents | b(3) | | |
| (4) Net gain (loss) on sale of assets: (A) Aggregate proceeds | b(4)(A) | | |
| (B) Aggregate carrying amount (see instructions) | b(4)(B) | | |
| (C) Subtract line 2b(4)(B) from line 2b(4)(A) and enter result | b(4)(C) | | |

Official Use Only

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| (5) | Unrealized appreciation (depreciation) of assets: (A) Real estate | b(5)(A) | | |
| | (B) Other | b(5)(B) | | |
| | (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | |
| (6) | Net investment gain (loss) from common/collective trusts | b(6) | | |
| (7) | Net investment gain (loss) from pooled separate accounts | b(7) | | -296,117,176 |
| (8) | Net investment gain (loss) from master trust investment accounts | b(8) | | |
| (9) | Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| (10) | Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| c | Other income | c | | |
| d | Total income. Add all **income** amounts in column (b) and enter total | d | | -275,133,204 |
| | **Expenses** | | | |
| e | Benefit payment and payments to provide benefits: | | | |
| (1) | Directly to participants or beneficiaries, including direct rollovers | e(1) | 415,155,710 | |
| (2) | To insurance carriers for the provision of benefits | e(2) | | |
| (3) | Other | e(3) | | |
| (4) | Total benefit payments. Add lines 2e(1) through (3) | e(4) | | 415,155,710 |
| f | Corrective distributions (see instructions) | f | | |
| g | Certain deemed distributions of participant loans (see instructions) | g | | |
| h | Interest expense | h | | |
| i | Administrative expenses: (1) Professional fees | i(1) | 540,449 | |
| (2) | Contract administrator fees | i(2) | 5,564,649 | |
| (3) | Investment advisory and management fees | i(3) | | |
| (4) | Other | i(4) | 3,710,235 | |
| (5) | Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | 9,815,333 |
| j | Total expenses. Add all **expense** amounts in column (b) and enter total | j | | 424,971,043 |
| | **Net Income and Reconciliation** | | | |
| k | Net income (loss) (subtract line 2j from line 2d) | k | | -700,104,247 |
| l | Transfers of assets | | | |
| (1) | To this plan | l(1) | | 31,502,359 |
| (2) | From this plan | l(2) | | 20,204,132 |

## Part III Accountant's Opinion

3 The opinion of an independent qualified public accountant for this plan is (see instructions):

a **Attached** to this Form 5500 and the opinion is – (1) ☐ Unqualified (2) ☒ Qualified (3) ☐ Disclaimer (4) ☐ Adverse

b **Not attached** because: (1) ☐ the Form 5500 is filed for a CCT, PSA or MTIA.

(2) ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

c Check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) ☒

d If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm)

PRICEWATERHOUSECOOPERS

13-4008324