**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-281 C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A RESPONSE**
**TO THE BRIEF AMICUS CURIAE OF THE DIRECTV GROUP, INC.**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave of the Court to file a response to the brief amicus curiae of the Directv Group, Inc. ("DIRECTV"). On September 21, 2007, DIRECTV filed its brief Amicus Curiae in this case. While DIRECTV's brief essentially duplicates the arguments presented by General Electric Company and Unisys Corporation, the GE arguments are not part of the record before this Court in this case. Additionally, DIRECTV makes certain factual arguments that require a response from the United States. Accordingly, we respectfully request leave of the Court to permit the filing of the attached response to the brief amicus curiae of DIRECTV.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson by s/ Kirk Manhardt
JEANNE E. DAVIDSON
Director

OF COUNSEL:

STEPHEN R. DOOLEY
Senior Trial Attorney (Supervisory)
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: October 19, 2007

s/ C. Coleman Bird
by s/ David D'Alessandris
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of October, 2007, a copy of the foregoing Defendant's Motion for Leave to File a Response to the Brief Amicus Curiae of the DIRECTV Group, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird
by s/ David D'Alessandris