# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: October 23, 2007)**

* * * * * * * * * * * * * * * * *
*
*
**UNISYS CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Defendant's motion, filed October 19, 2007, for leave to file a response to DIRECTV Group, Inc's *Amicus Curiae* brief addressing the 'surplus transfer' issues is **GRANTED**. Accordingly, defendant shall resubmit its response.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge