# In the United States Court of Federal Claims

**No. 05-281C**
**(Filed: November 16, 2007)**

* * * * * * * * * * * * * * * * *
*
*
**UNISYS CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**NOTICE**

Attached is a copy of the order issued on November 14, 2007 in General Electric Co. v. United States (99-172C), granting plaintiff General Electric's motion for permission to depose Gerard E. Reichel. As set forth in that order, this matter will not be ready for consideration until the parties submit the highlighted deposition transcript of Gerard E. Reichel.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: Alexander Frank Wiles, Counsel for *Amicus* DIRECTV