# In the United States Court of Federal Claims

**No. 99-172C**
**(Filed: November 14, 2007)**

* * * * * * * * * * * * * * * * * *
*
**GENERAL ELECTRIC COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## O R D E R

As discussed at the November 13, 2007 status conference in the above-captioned case, the court hereby **ORDERS** the following:

1. The government's motion for leave to exceed the page limit in its reply in support of its cross-motion for partial summary judgment on the interest rate issue, filed on October 9, 2007, is **GRANTED**. The plaintiff's response in opposition to the government's motion for leave to exceed the page limit, filed on October 18, 2007, shall be treated as a sur-reply on the interest rate issue.

2. The plaintiff's motion for permission to depose Gerard E. Reichel, filed on September 14, 2007, is **GRANTED**. The plaintiff's deposition of Mr. Reichel shall be limited to six hours. The deposition of Mr. Reichel shall be completed by **Monday, December 31, 2007**. The parties shall file highlighted portions of the deposition transcript by **Tuesday, January 15, 2008**.

3. The plaintiff's motion for reconsideration pursuant to the court's April 17, 2007 order regarding the declaration of John B. McQuade, filed on September 14, 2007, is **DENIED**. If the court, in its consideration of the parties' cross-motions for partial summary judgment on the surplus transfer issue, determines that consideration of Mr. McQuade's declaration would be beneficial, the court will notify the parties accordingly.

**IT IS SO ORDERED**.

Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Terry L. Albertson,
Counsel for Plaintiff in Unisys Corporation v. U.S., (05-281C)