# In the United States Court of Federal Claims

**(Filed: July 3, 2008)**

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY,** | |
| **Plaintiff,** | **No. 99-172C** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |
| **DIRECTV GROUP INC.,** | |
| **Plaintiff,** | **No. 04-1414C** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **UNISYS CORPORATION,** | |
| **Plaintiff,** | **No. 05-281C** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |

**O R D E R**

Oral Argument on the parties' cross motions for summary judgment on the surplus transfer issue shall be heard on **Monday, August 25, 2008, at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. Counsel for each party shall appear in person. The court will issue a separate schedule setting forth the proposed order of presentation of the issues prior to oral argument for the parties' consideration. The courtroom number will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge