# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNISYS CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-281C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | No. 99-172C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF DEMONSTRATIVE EXHIBIT

The DIRECTV Group, Inc. ("DIRECTV") respectfully intends to use the attached demonstratives at the August 25, 2008 hearing. The demonstratives include a chart of numbers included in or derived from the July 25, 2008 Stipulation between DIRECTV and the United States of America ("the Government") in *The DIRECTV Group, Inc. v. United States of America*, Case No. 04-1414C. The demonstratives also include a graphical illustration of numbers derived from the numbers stipulated by the parties, calculations included in the Declaration of John McQuade filed with DIRECTV's *amicus curiae* brief on September 27, 2007, and an estimate of the benefit of the surplus transfer to Raytheon Company derived from Raytheon Company's

Annual Reports for 1998-2007. The illustrations are used here only to provide a visual demonstration of the numbers that DIRECTV intends to discuss at the August 25, 2008 hearing.

/s/ Alex Wiles AF
Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Attorney of Record for
THE DIRECTV GROUP, INC.

OF COUNSEL:
Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
(703) 584-3255
(703) 848-8333 (fax)

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Dated: August 19, 2008

# DIRECTV Surplus Transfers

| | Defense Segment | Satellite Segment |
|---|---|---|
| Surplus Transferred* | $2,461,386,754 | $805,510,821 |
| Government "Teledyne" Share** | $ 210,162,397 | $ 63,234,477 |
| Multiple | 11.71 | 12.71 |

*Numbers as stipulated by the parties on 7/25/08 in DIRECTV v. UNITED STATES

**Numbers derived from 7/25/08 Stipulation

# Benefit to Government of Defense Segment Transfer




*Calculation as submitted in 9/27/07 McQuade Declaration, ¶4

**Estimate based on publicly available data of Raytheon's government contract percentage from 1998-2007

**CERTIFICATE OF SERVICE**

On August 19, 2008, I caused the foregoing **NOTICE OF FILING OF DEMONSTRATIVE EXHIBIT** to be served via first-class mail on:

| | |
|---|---|
| C. Coleman Bird, Esq.<br>Senior Trial Counsel<br>United States Department of Justice<br>Commercial Litigation Branch/Civil Division<br>1100 L Street, N.W.<br>Washington, D. C. 20004<br>Coleman.Bird@usdoj.gov<br>Tel: 202-307-0453<br>Fax: 202-514-7965<br><br>Counsel for Defendant | Terry L. Albertson, Esq.<br>Crowell & Moring L.L.P.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>talbertson@crowell.com<br>Tel: 202-624-2635<br>Fax: 202-628-5116<br><br>Counsel for Unisys Corporation |
| Richard D. Bernstein<br>Willkie Farr & Gallagher LLP<br>1875 K Street,N.W.<br>Washington, D.C. 20006-1238<br>Tel: 202-303-1108<br>Fax: 202-303-2108<br><br>Counsel for Raytheon Company | |

Adam J. Fletcher
IRELL & MANELLA LLP