# In the United States Court of Federal Claims

No. 05-281C
(Filed: July 20, 2011)

|  |  |
|---|---|
| UNISYS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Oral argument on the defendant's motion to compel shall be heard on **Thursday, July 28, 2011 at 3:00 p.m. eastern time**.  Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 624-2635; counsel for defendant at (202) 616-3226.  The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge